UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

AARON HAHN,

    Plaintiff,

 v.

DOUG WADDINGTON, SCOTT RUSSELL, and ROBERT MARTIN,

    Defendants.

CASE NO. C14-5047 RJB-KLS

ORDER TO SHOW CAUSE

  This matter has been referred to United States Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1), Local Rules MJR 3 and 4, and Fed. R. Civ. P. 72.  The case is before the Court for initial review pursuant to 28 U.S.C. § 1915.

  On January 16, 2014 the Clerk's Office sent Plaintiff a letter outlining the defects in the original filings.  Dkt. 2.  The Clerk's office gave Plaintiff until February 18, 2014 to provide needed information and file a motion to proceed *in forma pauperis*.  *Id*.  As of March 3, 2014 Plaintiff has still not filed an application to proceed *in forma pauperis* and he has not paid the filing fee.

  The Court **Orders** Plaintiff to Show Cause why this action should not be dismissed for failure to prosecute.   Fed. R. Civ. P. 41(b).  Plaintiff's response to this order must be filed on or

1 before April 11, 2014 or the Court will issue a Report and Recommendation to dismiss this
2 action

3     The Clerk is directed to send a copy of this Order to Plaintiff.

4     DATED this 6th day of March, 2014.

                                    Karen L. Strombom
                                    United States Magistrate Judge