|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON<br>AT TACOMA | |
| AARON HAHN,<br><br>     Plaintiff,<br><br> v.<br><br>DOUG WADDINGTON, et al.,<br><br>     Defendants. | CASE NO. 14-5047 RJB/KLS<br><br>ORDER ON REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation of U.S. Magistrate Karen L. Strombom (Dkt. 10). The Court has considered the Report and Recommendation, plaintiff's objections to the Report and Recommendation (Dkt. 15), the corrected application, and remaining record.

On April 14, 2014, the Report and Recommendation was filed recommending that Plaintiff's incomplete application to proceed *in forma pauperis* (Dkt. 8) be denied and that Plaintiff be ordered to pay the filing fee within 30 days or have his complaint dismissed without prejudice. Dkt. 10. Plaintiff was given two notices from the court about the deficiencies in his

ORDER ON REPORT AND
RECOMMENDATION- 1

application, and had not fully remedied those deficiencies. *Id.* Plaintiff has now filed a "Corrected Application." Dkt. 13, at 5.

The Report and Recommendation (Dkt. 10) should not be adopted. This matter and all pending motions should be re-referred to Magistrate Judge Strombom for further proceedings.

It is **ORDERED** that:

- The Court declines to adopt the Report and Recommendation (Dkt. 10); and
- The case is **RE-REFERRED** to Magistrate Judge Strombom for further proceedings.

The Clerk is directed to send uncertified copies of this Order to U.S. Magistrate Karen L. Strombom, all counsel of record, and to any party appearing *pro se* at said party's last known address.

Dated this 3rd day of June, 2014.

*[signature: Robert J. Bryan]*

ROBERT J. BRYAN
United States District Judge