

14-CV-05047-CMP



FILED
LODGED
RECEIVED
JAN 15 2014
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                    DEPUTY

IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AARON HAHN<br>      Plaintiff,<br><br>v.<br><br>DOUG WADDINGTON,<br>SCOTT RUSSELL,<br>ROBERT MARTIN,<br>(in their individual and<br>official capacities)<br>      Defendants. | CIVIL ACTION NO. CV-13-5051-FFS<br>CV14 5047 RJB/KLS<br><br>JURY TRIAL DEMANDED<br><br><br>FIRST AMENDED COMPLAINT |

I. JURISDICTION & VENUE:

1. This is a civil action authorized by 42 U.S.C. Section 1983 to redress the deprivation, under color of State Law, of rights secured by the constitution of the United States. The court has jurisdiction under 28 U.S.C. Section 1331 and 1343 (a)(3). This court has jurisdiction to grant declaratory relief pursuant to title 28 U.S.C. 2201, also plaintiff Hahn seeks declaratory relief pursuant to 28 U.S.C. Section 2201 and 2202.

2. Venue is proper in this judicial district pursuant to title 28 U.S.C.

Civil Rights Complaint                    (1)

1391, because at least one (1) defendant resides in the Western District of Washington.

## II. INTRODUCTION:

1. The Plaintiff is a Washington State prisoner currently incarcerated at the Washington State Penitentiary in the city of Walla Walla, Washington. The Plaintiff is proceeding Pro Se in this Civil Rights Action, under title 42 U.S.C. § 1983, and relevent Federal, and/or State Law(s) that apply.

2. This action arises out of the failure of the Defendants' (above) to properly accommodate, and/or provide/place the Plaintiff with the proper Mental Health treatment/housing, per DOC policy 630.500, when Plaintiff has a well diagnosed Mental Health history.

3. The well documented refusal to provide the proper Mental Health housing/treatment to the Plaintiff, has caused the Plaintiff to bring about this Civil Rights' Action to this Honorable Court, in order to redress the Defendants' failures' under: (A.) Title 42 U.S.C. § 1983. (B.) The 8th Amendment to the U.S. Constitution, (C.) The Deliberate Indifference standard, which falls under the Cruel and Unusual Punishment clause of the 8th Amendment to the U.S. Constitution.

PLACE OF CONFINEMENT:

Answer: The Washington State Penitentiary, in the city of Walla Walla, Washington.

(A) Yes, there is a grievance procedure(s) available at this (above) institution.

(B) Yes, numerous grievances (concerning the facts to this complaint) were filed.  See Log i.d. NO. 13532397.

(C) Yes, the grievance procedure is completed in this case. See Log i.d. NO. 13532397

(D) Yes, numerous other informal/formal requests, for relief from the proper Administrative Officials' (regarding the information provided in this complaint) were filed.

Civil Rights Complaint                    (3)

## III. PLAINTIFF:

1. Plaintiff, Aaron Hahn, is and was at all times mentioned herein a prisoner of the State of Washington in the custody of the Washington Department of Corrections.

He is currently confined in the Washington State Penitentiary in Walla Walla, Washington.

## IV. Defendants:

1. Defendant, Doug Waddington, was/is the current superintendent at the Washington Corrections Center.

2. Defendant, Scott Russell, was/is the current superintendent at the Washington Corrections Center.

3. Defendant, Robert Martin, is/was a classification counselor at the Washington Corrections Center, and is responsible for placements of inmates and handling complaints.

### ADDITIONAL DEFENDANT(s):

The plaintiff hereby requests the right(s) to call/add any/all Defendant's (in the future), as they become known to the plaintiff.

ALL DEFENDANTS' HAVE ACTED, AND CONTINUE TO ACT UNDER COLOR OF STATE LAW(S)

Civil Rights Complaint                    (4)

1. Defendant, Doug Waddington, was/is the Superintendent during the time Plaintiff was at Washington Corrections Center in Shelton, Washington. Defendant Waddington is responsible for the Supervision of all the prison's Employees', the proper execution of the local prison's Policies/Procedures/ Customs, and the lawful/unlawful treatment of the prisoner's confined at the Washington Corrections Center, under the care of Defendant Waddington. The Plaintiff alleges upon personal experience and belief, that Defendant Waddington is aware of the unlawful and inhumane conditions described in this complaint and has either caused these reported conditions, and/or acted with Deliberate Indifference to the legal rights of the Plaintiff, (in allowing these reported conditions to continue, unabated.)

In the past 4 years', Defendant Waddington has agreed with the Classification/Placements/and Mental Health decisions made by Classification Counselors and Mental Health professionals at the Washington Corrections Center reception center, despite Complaints/Fears made by Plaintiff.

Defendant Waddington is sued in his individual and official capacities.

2. Defendant, Scott Russell, is/was the Superintendent at the time Plaintiff was at Washington Corrections Center in Shelton, Washington. Defendant Russell is responsible for the Supervision of all the prison's Employees', the proper execution of the local prison's Policies/ Procedures/ Customs, and lawful/unlawful treatment of the prisoner's confined at the Washington Corrections Center, under the care of Defendant Russell. The Plaintiff alleges upon personal experience and belief, that Defendant

Civil Rights Complaint                    (5)

Russell is aware of the unlawful, and inhumane conditions described in this complaint, and has either caused these reported conditions, and/or has acted with Deliberate Indifference to the legal rights of the Plaintiff, (in allowing these reported conditions/actions to continue, unabated.) In the past 4 years', Defendant Russell has agreed with the Classification/ Placements/ and Mental Health decisions made by Classification Counselors and Mental Health Professionals at the Washington Corrections Center reception center despite Complaints/Concerns/Fears made by the Plaintiff.
Defendant Russell is sued in his individual and official capacities.

3. Defendant, Robert Martin was/is currently a Washington State Department of Corrections Employee working at Washington Corrections Center in Shelton, Washington, as a Classification Counselor under the direction and supervision of Waddington and Russell. (above). From December 2nd, 2009, to approximately February 2010, Defendant Martin was the Plaintiffs' Classification Counselor while Plaintiff was at Washington Corrections Center. While Plaintiff was at the Washington Corrections Center between December 2nd, 2009, and February 2010, Plaintiff complained to Defendant Martin several times regarding his fear to go to Walla Walla mainline and had also told Defendant Martin of his mental illness and his need to go to a Mental Health facility, or some other facility, even though Plaintiff has a long history of Mental Health Disorder and had been seperated from the Military due to his mental illness. Defendant Martin, has stated to Plaintiff that Plaintiff has no Mental Health history and therefore would not qualify for Mental Health, and Plaintiffs' only option was Washington State Penitentiary mainline. The Plaintiff alleges upon personal experience and belief, that Defendant Martin is aware of his

Civil Rights Complaint                    (6)

unlawful actions described in this complaint, and has either caused the reported conditions of Plaintiff or has acted with Deliberate Indifference to the legal rights of the Plaintiff.

~~Defendant Martin is sued in his individual and official capacities.~~

## V. FACTS' WITH SUPPORTING EVIDENCE:

1. The Plaintiff has a well documented Mental Health history. This cannot be disputed.

2. The Plaintiff was separated from the United States Army in April 2003, due to Mental Health reasons. (exhibit 1)

3. The Plaintiff has been in/and out of Mental Health hospitals throughout his life.

4. The Plaintiff has attempted suicide several times, appx 20 occasions, both in/out and during his incarceration, including in jail.

5. The Plaintiff has taken Mental Health medications before/both in and out of prison.

6. On or about December 2nd, 2009, Plaintiff got to Washington Corrections Center in Shelton, Washington.

7. Per DOC Policy 650.500 (11)(A)(1) all inmates must receive a Mental Health Evaluation, upon admittance to DOC.

8. Upon arrival at Washington Corrections Center, Plaintiff had to ask to speak with Mental Health. DOC violated policy by not immediately giving Plaintiff an evaluation.

9. At appx 1630 hrs on or about December 2nd, 2009, Plaintiff saw Mental Health after an appx 2 hr wait. (An appointment to be placed on medication was made).

Civil Rights Complaint                    (7)

10. On or about December 18th, 2009, Plaintiff saw Classification Counselor Robert Martin. Plaintiff was given one placement option, Washington State Penitentiary, and Classified as Close Custody. (Washington State has three Close Custody facilities: W.S.P., Clallam Bay, and S.O.U. in Monroe).

11. Plaintiff was not asked about fears/concerns of being placed anywhere. Per policy Classification must ask about fears.

12. Plaintiff was asked a few questions regarding his J&S and his P.S.I., however was not shown J&S.

13. After Plaintiff Hahn was classified, Plaintiff sent an email to Defendant Martin on or about December 18th, 2009, saying "I can't go to Walla Walla when I see you soon I will explain why". (exhibit 2)

14. On or about December 22nd, 2009, Plaintiff emailed Defendant Robert Martin again after Defendant Martin on or about December 22nd, 2009, emailed Plaintiff Hahn telling Plaintiff that he was put in for WSP; Plaintiff said "I really need to go to CBCC  WSP will not work. Please make CBCC work".

15. On or about December 22nd, 2009, Plaintiff was finally placed on Mental Health Medications.

16. On or about December 23rd, 2009, Plaintiff went to C/O's about having suicidal thoughts. The C/O's never reported this to the Mental Health staff.

17. On or about January 4th, 2010, Plaintiff emailed Defendant Martin asking about Mental Health. (exhibit 2)

18. On or about January 5th, 2010, Defendant Martin replied "I don't know what you are talking about". (exhibit 2)

19. On or about January 10th, 2010, Plaintiff asked Defendant Martin if Plaintiff Hahn could be placed in Mental Health. Defendant Martin stated that Plaintiff did not qualify for Mental Health.

Civil Rights Complaint                    (8)

20. On or about January 12th, 2010, Plaintiff saw the Mental Health prescriber and told the Mental Health prescriber from Shelton Washington that Plaintiff was scared to go to Walla Walla; the Mental Health prescriber replied "What you can't fight"?

21. On or about January 15th, 2010, Plaintiff was slashed on the lip by unknown inmate.

22. After Plaintiff was slashed on the lip by unknown inmate, Plaintiff was moved to R1, which is a classification unit at the Washington Corrections Center in Shelton, Washington.

23. Defendant Martin is aware that Plaintiff Hahn was cut by unknown inmate because Plaintiff Hahn told him on or about January 27th, 2010.

24. Since Defendant Martin is/was aware of Plaintiff's previous assault by unknown inmate and Plaintiff Hahn told Defendant that he had Mental Health issues and was afraid, Defendant Martin is/was clearly in violation of Plaintiff's Eighth Amendment right.

25. Defendant Martin is/was clearly deliberately indifferent towards Plaintiff Hahn.

26. On or about February 6th, 2010, Plaintiff again told the unit C/O's about Plaintiff's suicidal ideations. This again went unreported to Mental Health staff.

27. Per DOC Policy 650.500 offenders on Mental Health medications are supposed to be frequently monitored.

28. On or about February 14th, 2010, Plaintiff got to Washington State Penitentiary, Delta Unit, in Walla Walla, Washington.

29. On or about April 26th, 2010, at or around 2100 hrs, Plaintiff was assaulted by inmate Dennis Repp, while leaving the West Complex Library at the Washington State Penitentiary. (exhibit 3)

Civil Rights Complaint                    (9)

30. According to staff witness reports, Plaintiff Hahn's attack was unprovoked by Hahn. (exhibit 4)

31. According to staff witness reports, "at no time did I/M Hahn fight back". (exhibit 4)

32. As a result of the assault, Plaintiff received several stitches in his nose, (Hahn has a scar on the bridge of his nose), had a black eye, and a swollen and bruised area to the jaw. (exhibit 5)

33. Inmate Repp states the reason for the assault is because "He had it coming, he was talking too much". (exhibit 6)

34. Inmate Repp was given an infraction, WAC 137-25-030 #502 and was later found guilty. (exhibit 7- several other reports follow)

35. Witnesses to this assault include: CMHCC Shawna Caulkins, Librarian Jean Baker, Corrections Officer Dustin Davis, Corrections Officer Kenneth Gearns, Sergeant Deressa Smith, and others. All employees of Washington State Penitentiary who were present at the time of the assault. (exhibit 8 and following)

36. After Plaintiff got assaulted, Plaintiff was placed in Administrative Segregation. While on Ad Seg., Plaintiff spent time in the seclusion room with thoughts of suicide. Plaintiff was also admitted to the Mental Health Hospital on several occasions, with more suicidal ideations, voices, and fears of more assaults.

37. After removal from Ad Seg, Plaintiff was placed in Baker Unit, or SHU. Also known as the Bar Units (at WSP).

38. On or about January 12th, 2011, Plaintiff attempted to hang himself from the sprinkler in his cell. He was taken to the seclusion room for appx 3 days, then moved down the hall for another 13-15 days.

Civil Rights Complaint                    (10)

39. On or about March 21st, 2011, Plaintiff was diagnosed by Richard Jacks as being Schizoaffective with a personality disorder. (exhibit 9)

40. On or about December 3rd, 2012, Plaintiff Hahn filed his level 1 grievance. (exhibit 10)

41. On or about December 6th, 2012, WSP Grievance Coordinator Young returned with a response "Not Grievable" You are beyond time frames". Log ID 12525294 (exhibit 10)

42. On or about December 10th, 2012, Plaintiff appealed this grievance response to a level 2. (exhibit 11)

43. On or about December 13th, 2012, Grievance Coordinator Young returned Plaintiff's grievance appeal stating: "Non grievable decision stands" Log ID 12525294 (exhibit 11)

44. On or about December 16th, 2012, Plaintiff Hahn filed a level 3 appeal on his grievance. Plaintiff never received a level 3 grievance response for Log ID 12525294.

45. On or about February 28th, 2013, Plaintiff refiled his level 1 grievance, Log ID 13532397. (exhibit 12)

46. On or about March 18th, 2013, Grievance Coordinator responded "Beyond time frames". Log ID 13532397 (exhibit 12)

47. On or about March 21st, 2013, Plaintiff filed a level 2 grisvance appeal. (exhibit 13)

48. On or about March 25th, 2013, Grievance Coordinator Young replied "The not grievable decision will stand" (exhibit 13)

49. On or about March 27th, 2013, Plaintiff appealed the Grievance Coordinator's decision to a level 3 grievance. Plaintiff never received a level 3 response. Log ID 13532397

Civil Rights Complaint                    (11)

## VI. EXHAUSTION OF LEGAL REMEDIES

**1.** Plaintiff Hahn has exhausted all his administrative legal remedies. See

Log I.D. 13532397

Civil Rights Complaint            (12)

## VII. LEGAL CLAIMS:

1. Plaintiff realleges and incorporates by reference paragraphs 1 - 49.

2. Defendant Martin acted with Deliberate Indifference toward Plaintiff Hahn, and violated Plaintiff Hahn's 8th Amendment right to be free from cruel and unusual punishment and Plaintiff's right to be free from physical brutality. After Hahn told Defendant Martin that he had problems and fears about being placed at Walla Walla mainline, and of his Mental Health problems, and caused Plaintiff's physical unrepairable damage and even emotional distress.

## VIII. DEFENDANTS: WADDINGTON & RUSSELL

1. According to Plaintiff's records, Defendant Doug Waddington was the Superintendent at the Washington Corrections Center during all the dates mentioned in this complaint.

2. As the Superintendent, Defendant Waddington is responsible for all employees of the Washington Corrections Center.

3. Therefore, because Defendant Waddington is responsible for all employees of the Washington Corrections Center, he has become liable and responsible for any and all injuries caused by either directly or indirectly the staff at the Washington Corrections Center.

4. According to Plaintiff's records, Defendant Scott Russell was the Superintendent at the Washington Corrections Center during all the dates mentioned in this complaint.

5. As the Superintendent, Defendant Russell is responsible for all employees of the Washington Corrections Center.

Civil Rights Complaint                    (13)

6. Therefore, because Defendant Russell is responsible for all employees of the Washington Corrections Center he has become liable and responsible for all injuries caused by either directly or indirectly the staff at the Washington Corrections Center.

7. The Plaintiff can show how each of the above named Defendants have become personally involved in this case. Due to policies or lack of procedures created by DOC.

IX. PRAYER FOR RELIEF:

WHEREFORE, Plaintiff respectfully pray that this court enter Judgment:

1. Granting Plaintiff Hahn a Declaration that the acts and omissions described herein, violate his rights under the Constitution and Laws of the United States, and

2. Granting damages for the Plaintiff, in an amount to be determined at a future trial, (if any), both compensatory and punitive.

3. An award of Attorney fees, and costs pursuant to title 42 U.S.C. § 1988.

4. Such other relief as the Court deems just, and proper.

5. Plaintiff seeks a jury on all issues triable by Jury.


Date:  1-10-14

Signed:

Respectfully Submitted,

Aaron Hahn 332715
Washington State Penitentiary
1313 N. 13th Ave
Walla Walla, WA. 99362

Civil Rights Complaint                    (15)

### X. VERIFICATION:

Pursuant to title 28 U.S.C. § 1746, I, Aaron Michael Hahn, the Plaintiff proceeding Pro Se, in this Civil Rights Action, do hereby declare, and certify under the penalty of perjury, that the alleged matters described therein, are true, except as to matters alleged upon information and belief and, as to those, I believe them to be true.

Executed at Walla Walla, Washington on _Jan 10-2014_

### XI. CONCLUSION:

For the foregoing reasons', and facts', the Plaintiff respectfully requests that this court grant the relief that is due to the Plaintiff, in the interest of the fair/balanced justice, and in order to hold the Defendants accountable for their personal actions, or lack thereof.

It is so prayed.

Respectfully submitted this __10__ day of __Jan__, 2014.

cc. Plaintiff's File
    Court Clerk's File
    Defendant's File

Civil Rights Complaint                (16)

Exhibit 1

CAUTION: NOT TO BE USED FOR
IDENTIFICATION PURPOSES

THIS IS AN IMPORTANT RECORD.
SAFEGUARD IT.

ANY ALTERATIONS IN SHADED
AREAS RENDER FORM VOID

# CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

| 1. NAME (Last, First, Middle) | 2. DEPARTMENT, COMPONENT AND BRANCH | 3. SOCIAL SECURITY NO. |
|---|---|---|
| HAHN, AARON MICHAEL | ARMY/RA | 515 02 3956 |

| 4.a GRADE, RATE, OR RANK | 4.b PAY GRADE | 5. DATE OF BIRTH (YYYYMMDD) | 6. RESERVE OBLIG. TERM. DATE |
|---|---|---|---|
| PV1 | E1 | 19790914 | Year 0000 Month 00 Day 00 |

| 7.a PLACE OF ENTRY INTO ACTIVE DUTY | 7.b HOME OF RECORD AT TIME OF ENTRY (City and state, or complete address if known) |
|---|---|
| PORTLAND, OR | 15400 SE EAST AVE #2 MILWAUKIE, OR 97267 |

| 8.a LAST DUTY ASSIGNMENT AND MAJOR COMMAND | 8.b STATION WHERE SEPARATED |
|---|---|
| 0005RIN BN - 01 RIFLE CO B FC | FORT LEWIS, WA 98433 |

| 9. COMMAND TO WHICH TRANSFERRED | 10. SGLI COVERAGE ☐ None |
|---|---|
| NA | Amount: $ 250,000.00 |

| 11. PRIMARY SPECIALTY (List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.) | 12. RECORD OF SERVICE | Year(s) | Month(s) | Day(s) |
|---|---|---|---|---|
| 11B10 00 INFANTRYMAN--0 YRS-8 MOS//NOTHING FOLLOWS | a. Date entered AD This Period | 2003 | 04 | 08 |
| | b. Separation Date This Period | 2003 | 04 | 03 |
| | c. Net Active Service This Period | 0000 | 11 | 26 |
| | d. Total Prior Active Service | 0000 | 00 | 00 |
| | e. Total Prior Inactive Service | 0000 | 00 | 00 |
| | f. Foreign Service | 0000 | 00 | 00 |
| | g. Sea Service | 0000 | 00 | 00 |
| | h. Effective Date of Pay Grade | 2002 | 12 | 10 |

| 13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service) |
|---|
| NATIONAL DEFENSE SERVICE MEDAL//ARMY SERVICE RIBBON//NOTHING FOLLOWS |

| 14. MILITARY EDUCATION (Course title, number of weeks and month and year completed) |
|---|
| NONE//NOTHING FOLLOWS |

| 15.a MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERAN'S EDUCATIONAL ASSISTANCE PROGRAM | Yes | No | 15.b HIGH SCHOOL GRADUATE OR EQUIVALENT | Yes | No | 16. DAYS ACCRUED LEAVE PAID |
|---|---|---|---|---|---|---|
| | | X | | X | | NONE |

| 17. MEMBER WAS PROVIDED A COMPLETE DENTAL EXAM AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION | | Yes | X | No |
|---|---|---|---|---|

| 18. REMARKS |
|---|
| DATA HEREIN SUBJECT TO COMPUTER MATCHING WITHIN DOD OR WITH OTHER AGENCIES FOR VERIFICATION PURPOSES AND DETERMINING ELIGIBILITY OR COMPLIANCE FOR FEDERAL BENEFITS//MEMBER HAS NOT COMPLETED FIRST FULL TERM OF SERVICE//NOTHING FOLLOWS |

| 19.a MAILING ADDRESS AFTER SEPARATION (Include Zip Code) | 19.b NEAREST RELATIVE (Name and address - include Zip Code) |
|---|---|
| 401 PARK SPRINGFIELD, CO 81073 | CARL ROBERTS 416 NE 128TH PORTLAND, OR 97030 |

| 20. MEMBER REQUESTS COPY 6 BE SENT TO  CO  DIR OF VET AFFAIRS | X Yes  No | 22. OFFICIAL AUTHORIZED TO SIGN (Typed name, grade, title and signature) |
|---|---|---|
| 21. SIGNATURE OF MEMBER BEING SEPARATED | | LARRY H. COMAY, SSG, CHIEF TRANSITION CENTER |

| SPECIAL ADDITIONAL INFORMATION (For use by authorized agencies only) |
|---|

| 23. TYPE OF SEPARATION | 24. CHARACTER OF SERVICE (Include upgrades) |
|---|---|
| DISCHARGE | HONORABLE |

| 25. SEPARATION AUTHORITY | 26. SEPARATION CODE | 27. REENTRY CODE |
|---|---|---|
| AR 635-200, PARA 5-13 | JFX | 3 |

| 28. NARRATIVE REASON FOR SEPARATION |
|---|
| PERSONALITY DISORDER |

| 29. DATES OF TIME LOST DURING THIS PERIOD | 30. MEMBER REQUESTS COPY 4 |
|---|---|
| NONE | Initials |

DD Form 214-AUTOMATED, NOV 88      *Previous editions are obsolete.*      SERVICE - 2

Exhibit 2

This first section is an example of the record layout. On the first 4 records, I have added an extra line between the records and also heighted the FROM: line. There are 33 InfoPort Manager messages sent TO/FROM inmate 332715 from 12/2/2009 to 3/1/2010. ████████████████████████
████████████████████████████████████████████████████

## INFOPORT MANAGER

```
FROM
TO
MESSAGETEXT
STATUS SENDTIME                    DELIVERYDATE
---------------------------------------------- -----------------------------------------
---------------------------------------------- -----------------------------------------
---------------------------------------------- -----------------------------------------
---------------------------------------------- -----------------------------------------
---------------------------------------------- -----------------------------------------
---------------------------------------------- -----------------------------------------
-------------------------- ------ ------------------------- ------------
```

HAHN, AARON MICHAEL (332715)
MARTIN, ROBERT
TO WALLAWALLA WHEN I SEE YOU SOON I WILL EXPLAIN WHY
Closed 2009-12-18 10:13:36.898001 NULL

HAHN, AARON MICHAEL (332715)
MARTIN, ROBERT
JUST SEND ME ANYWHERE BUT I DO HAVE QUETIONS AND A CELLY REQUEST
Closed 2009-12-19 14:36:25.682000 NULL

MARTIN, ROBERT
HAHN, AARON MICHAEL (332715)
You were put in for WSP.
Viewed 2009-12-22 07:04:38.299000 2009-12-22

MARTIN, ROBERT
HAHN, AARON MICHAEL (332715)
I don't do celly request but if you have an issue contact the Unit Sgt. or CUS.
Viewed 2009-12-22 07:06:26.035004 2009-12-22

HAHN, AARON MICHAEL (332715)
MARTIN, ROBERT
OK THAT IS FINE I REALLY DO NEED TO GO TO CBCC WSP WILL NOT WORRK PLEASE MAKE CBCC WORK AND WHAT
SGT? OF R4? ORR WHEN I GET TO MY INSTITUION?
Closed 2009-12-22 10:42:04.929000 NULL
MARTIN, ROBERT
HAHN, AARON MICHAEL (332715)
The unit that you reside it, R4.
Viewed 2009-12-23 16:41:36.334004 2009-12-23
HAHN, AARON MICHAEL (332715)
MARTIN, ROBERT
MIKE ARMSTRONG WILL BE HERESOON I DONT WANT HIM BY ME
Closed 2009-12-31 15:16:54.134000 NULL
HAHN, AARON MICHAEL (332715)
MARTIN, ROBERT
WHEN WILL I KNOW WHERE I AM GOING? ARE THEY SENDING PEOPLE TO COLORADP? IT IS OK IF I DO NOT HAVE
A SEPRATEE WITH NORRMAN LIVINGOOD BUT I DO WANT ONE WITH MIKE ARMSTRONG THANKS.
Closed 2010-01-01 10:39:00.395000 NULL
HAHN, AARON MICHAEL (332715)
MARTIN, ROBERT
WHAT IS THIS MENTAL HEALTH COURT?  AM I APPROVEED FOR ANYWHERE YETT?
Closed 2010-01-02 14:36:04.982000 NULL
HAHN, AARON MICHAEL (332715)
MARTIN, ROBERT
IAM WONDERING WHY IHAVE 22 POINTS. DO I HAVE A WARRENT? WHAT IS MY CAISE NUMBRRS\
Closed 2010-01-03 10:36:10.880001 NULL
MARTIN, ROBERT
HAHN, AARON MICHAEL (332715)

DOC has over 6 Mike Armstrongs, you will have to find out his middle name or have number.
Viewed 2010-01-04 07:33:59.526003 2010-01-04
MARTIN, ROBERT
HAHN, AARON MICHAEL (332715)
No, not yet.
Viewed 2010-01-04 07:43:13.568004 2010-01-04
HAHN, AARON MICHAEL (332715)
10 points for Felony warrant- Assault 4th DV, 20 point- Current crime and 5 points for prior
history of violence= 35  57-36=22 points.
Viewed 2010-01-04 07:51:28.984004 2010-01-04
HAHN, AARON MICHAEL (332715)
MARTIN, ROBERT
NULL
Closed 2010-01-04 14:56:27.782000 NULL
HAHN, AARON MICHAEL (332715)
MARTIN, ROBERT
WEHRER S Y WA4RRENT FRPM?-WHY-DIDINT-THY TEE-L- ME-IN COUNTY\   HPW DP I_GET_THE_WARRENT_TAKEN
CARE PF\?
Closed 2010-01-04 14:58:32.691000 NULL
HAHN, AARON MICHAEL (332715)
MARTIN, ROBERT
WE--
Closed 2010-01-04 14:59:00.597000 NULL
HAHN, AARON MICHAEL (332715)
MARTIN, ROBERT
WE--LL  HE IS  THE PN-Y OONE FROM C-LLALLAM COUNTY. PLEASE UT HIM INR5
Closed 2010-01-04 15:00:37.193000 NULL
HAHN, AARON MICHAEL (332715)
MARTIN, ROBERT
WHAT IS  MENTA- HEALTH COURT\??
Closed 2010-01-04 15:01:36.272000 NULL
MARTIN, ROBERT
HAHN, AARON MICHAEL (332715)
I don't know what you are talking about? I never heard of mental health court. Are you talking
'Civil Commitment' or 'Criminally Insane' sentence?
Viewed 2010-01-05 06:46:56.488001 2010-01-05
HAHN, AARON MICHAEL (332715)
MARTIN, ROBERT
I HAVE NO IDA I HEARD IT FROM AN ONMATE
Closed 2010-01-06 10:38:54.633000 NULL
HAHN, AARON MICHAEL (332715)
MARTIN, ROBERT
WHEN  WILL   I  BE  FINALIZED?
Closed 2010-01-13 14:01:16.397001 NULL
MARTIN, ROBERT
HAHN, AARON MICHAEL (332715)
5~6 weeks after you were classified.
Viewed 2010-01-14 08:45:07.505004 2010-01-14
HAHN, AARON MICHAEL (332715)
MARTIN, ROBERT
WHAT  DATE WAS I CLASSIFIED\??
Closed 2010-01-14 14:44:00.013000 NULL
MARTIN, ROBERT
HAHN, AARON MICHAEL (332715)
12/18/09.
Viewed 2010-01-15 09:33:21.236004 2010-01-15
HAHN, AARON MICHAEL (332715)
Mailbox: Inmate Banking
CAN I GET A RECIEPT OF THE THINGS I BOUGHT IN HERE SINCE 12\02\09? PLEASE
Viewed 2010-01-20 10:12:44.428000 NULL
OLSSON, MAILE
HAHN, AARON MICHAEL (332715)
These details are available on your statement.  Did you not recieve a December statement in the
beginning of this month? We can provide one for you.

MO
Viewed 2010-01-21 14:17:31.869004 2010-01-21
PRICE, CALINA
HAHN, AARON MICHAEL (332715)
Please contact offender store.

```
ci
Viewed 2010-01-21 14:21:41.792005 2010-01-21
HAHN, AARON MICHAEL (332715)
Mailbox: Inmate Banking
NO I DID NOT GET ONE  PLEASE SEND ONE
Viewed 2010-01-23 13:40:03.755000 2010-01-23
HAHN, AARON MICHAEL (332715)
MARTIN, ROBERT
CAN I LEAVE SHELTON NOW PLEASE? HASNT IT BEEN 5-6 WEEKS? SHOULDNT I BE GONE IN A FEW DAYS?
Closed 2010-01-23 13:41:47.926000 NULL
HAHN, AARON MICHAEL (332715)
ADMIN
WHEN WILL I BE FINALIZED? I AM TIRED OF SHELTON. IT HAS BEEN 8 WEEKS SINCE I GOT TO SHELTON.
PEOPLE WHO GOT HERE  AFTER ME ARE LEAVING.
Unread 2010-01-27 10:05:25.540000 NULL
PRICE, CALINA
HAHN, AARON MICHAEL (332715)
I will forward a December statement and a January statement to you.


ci
Viewed 2010-01-27 15:34:57.518004 2010-01-27
HAHN, AARON MICHAEL (332715)
ADMIN
I NEED A SEPRATEE WITH ANDREW WHITMIRE AND JEREMIAH ANDERSON  BOTHARE PART OF THE GROUPTHAT
STABBED ME.  THANKS.
Unread 2010-01-31 13:52:54.418000 NULL
HAHN, AARON MICHAEL (332715)
ADMIN
WHY HAVENT IBEEN FINALIZED  YET? IT HAS BEEN OVER 6 WEEKS SINCE MY CLASSIFICATION. IM TIRED OF
SHELTON.
Unread 2010-02-09 09:46:13.092001 NULL

33 Row(s) affected
```

Exhibit 4



**STATE OF WASHINGTON
DEPARTMENT OF CORRECTIONS**

# USE OF FORCE REPORT

| Offender Name | | | |
|---|---|---|---|
| Repp, Dennis #338561 | | | |
| Facility/Location WSP WC Education | Date 04/26/10 | Time 2036 | ☐ A.M. ☒ P.M. |

## DETAILED DESCRIPTION OF INCIDENT

On 04/27/10 A fight was called in the WC Education between I/M Repp, Dennis #338561 and Hahn Aaron # 332715. This was in the W/C library I/M Repp stepped up to I/M Hahn # 332715 (who is a library worker) and assaulted him with closed fisted punches. I/M Hahn never saw it coming and never threw a punch. C/O Davis was the first officer in and he ordered the I/M's to stop fighting. I/M Repp look at him and then continued to hit Hahn with closed fisted punches. C/O Davis then placed his hand on I/M's Repp's upper torso and pushed him off I/M Hahn and then placed him on the ground. C/O Arevalo then assisted C/O Davis In placing the resraints on I/M Repp. Sgt D. Smith and C/O Gerns then escorted I/M Repp from the library to the W/C Shift office. I/M Hahn who was on the ground was placed in restraints byC/O Hall. I/M Hahn needed immediate medical attention and RN Hawkains responded from Delta Unit. RN Hawkins said that I/M Hahn would need Some stiches so I/M Hanh was escorted to Echo Unit by C/O Grens and C/O Davis.

## OFFENDER DESCRIPTION OF INCIDENT

I/M Repp, Dennis #338561 had no comment on the force used.

## INJURIES

On the above date and approx. time the above inmate was seen by RN Jabgat for assessment after a altercation in the W.C.Education library. He had a small cut on his left middle finger and his right hand had a scratch on his ring and pinkie finger. I/M Hahn was seen by RN Hawkins and he was bleeding from wound to bridge of nose and between the eye brows.Steri strips were applied to the wound between his eyes, the wound to his required stitches. He was swollwn and bruised to the upper jaw with extended Brusied area to upper mid forhead. Area of bruising below right ear. Small red area to top scalp, no bleeding. Provider S. Nelsner caame into Echo unit and put 7 stitches to close the wound to his nose.

| Restraints Used | ☒ Yes  ☐ No | Type Handcuffs | | | |
|---|---|---|---|---|---|
| Checked By Medical Staff | ☒ Yes  ☐ No | Time 2036 | ☐ A.M. ☒ P.M. | Medical Staff Name(s) RN Hawkins RN Jabgat | |

## NAME(S) OF STAFF MEMBERS DIRECTLY INVOLVED

| NAME | TITLE | INVOLVEMENT |
|---|---|---|
| C/O Davis. D | C/O | Use of Force |
| | C/O | Use of Force |
| | | Use of Force |

Sgt. Dereesa Smith # 7294
Supervisor completing Report (Print Name)

*Sgt Dereesa Smith 7294*
Supervisor completing Report (Signature)

DOC 21-424 (Rev. 03/07/08)

1

DOC 410.200,  DOC 410.210,  DOC 420.255,  DOC 630.540
ACA 4-4405

Exhibit 9



STATE OF WASHINGTON
DEPARTMENT OF CORRECTIONS



**INITIAL SERIOUS INFRACTION REPORT**

| Date of Infraction 04/26/10 | Offender Name (Last, First) Repp, Dennis | | DOC Number 338561 | Housing Assignment 4-D-5 |
|---|---|---|---|---|
| Rule Violation #(s) 502 | | | | |
| Time Occurred 2036 | Place of Incident (Be Specific) West Complex - Education Dept- Library | | | Date Occurred 04/26/10 |
| Witness (1) Librarian Baker, Jean | | Days Off | Witness (3) | Days Off |
| Witness (2) | | Days Off | Witness (4) | Days Off |

### NARRATIVE

State a concise description of the details of the rule violations, covering all elements and answering the questions of When? Where? Who? What? Why? and How? Describe any injuries, property damage, use of force, etc. Attach all related reports.

On 04/26/10 at approximately 2036 it was announced that there was a fight in the Library. QRST arrived and observed I/M Repp, Dennis #338561 striking I/M Hahn, Aaron #332715 nermous times with close fists punches and kicks to the upper torso. Spicifically the head. I Lt. McKeown, reviewed the video, it clearly shows I/M Repp, work his way up to where I/M Hahn was walking and without provocation punch I/M Hahn in the face and then continue punching and kicking I/M Hahn until responding staff arrived. Force was necessary to separate I/M Repp from I/M Hahn by placing him on the floor where restraints were applied. I/M Hahn needed medical treatment to numerous cuts and abrasions to his face. I/M Repp was escorted to the Shift Holding Cell, assessed by medical then escorted to Unit 4 on Ad-Seg placement.

| Reporting Staff Name (Last, First) (Print Name) Lt. Patrick McKeown #7156 | | Shift 1st | Days Off Tue-Wed-Thur |
|---|---|---|---|
| Evidence Taken ☒ Yes ☐ No | Evidence Case Number 210-299 | Evidence Locker Number #31 | Photo Submitted ☒ Yes ☐ No |
| Disposition Of Evidence (If Not Placed In Locker) | | Placed In Pre-Hearing Confinement | ☒ Yes ☐ No |

#### NAME(S) OF ALLEGED VICTIMS OF THIS INCIDENT

| Last, First 1)Hahn, Aaron | Staff ☐ | Volunteer/Visitor/Other ☐ | Offender ☒ | DOC# 332715 |
|---|---|---|---|---|
| Last, First 2) | Staff ☐ | Volunteer/Visitor/Other ☐ | Offender ☐ | DOC# |

| RELATED REPORTS ATTACHED | ☐ Supplemental | ☐ Background Memos |
|---|---|---|
| | ☐ Staff Witness Statements | ☐ Medical |
| | ☐ Tele-Incident | ☐ Use of Force |
| | ☐ Other (Specify) | |

| Reporting Staff Signature Lt. Patrick McKee #7156 | Date 4/26/10 |
|---|---|
| Infraction Review Officer Signature | Date |

**The contents of this document may be eligible for public disclosure. Social Security Numbers are considered confidential information and will be redacted in the event of such a request. This form is governed by Executive Order 00-03, RCW 42.56, and RCW 40.14.**

Distribution: ORIGINAL- Central File  COPY-Hearing Officer, Offender , Counselor, Board
DOC 17-076 (Rev. 12/19/08)

DOC 460.000, DOC 580.655
[4-4233], [4-4236]



STATE OF WASHINGTON
DEPARTMENT OF CORRECTIONS



FORM A

**INITIAL SERIOUS INFRACTION REPORT**

| Date of Infraction 04/26/10 | Offender Name (Last, First) Repp, Dennis | DOC Number 338561 | Housing Assignment 4-D-5 |
|---|---|---|---|

| Rule Violation #(s) 502 |
|---|

| Time Occurred 2036 | Place of Incident (Be Specific) West Complex - Education Dept- Library | | Date Occurred 04/26/10 |
|---|---|---|---|

| Witness (1) Librarian Baker, Jean | Days Off | Witness (3) | Days Off |
|---|---|---|---|
| Witness (2) | Days Off | Witness (4) | Days Off |

### NARRATIVE

State a concise description of the details of the rule violations, covering all elements and answering the questions of When? Where? Who? What? Why? and How?  Describe any injuries, property damage, use of force, etc. Attach all related reports.

On 04/26/10 at approximately 2036 it was announced that there was a fight in the Library. QRST arrived and observed I/M Repp, Dennis #338561 striking I/M Hahn, Aaron #332715 nermous times with close fists punches  and kicks to the upper torso. Spicifically the head. I Lt. McKeown, reviewed the video, It clearly shows I/M Repp, work his way up to where I/M Hahn was walking and without provocation punch I/M Hahn in the face and then continue punching and kicking I/M Hahn until responding staff arrived. Force was necessary to separate I/M Repp from I/M Hahn by placing him on the floor where restraints were applied. I/M Hahn needed medical treatment to numerous cuts and abrasions to his face. I/M Repp was escorted to the Shift Holding Cell, assessed by medical then escorted to Unit 4 on Ad-Seg placement.

RECEIVED
MAY 0 7 2010
WSP HEARINGS OFFICE

| Reporting Staff Name (Last, First) (Print Name) Lt. Patrick McKeown #7156 | Shift 1st | Days Off Tue-Wed-Thur |
|---|---|---|

| Evidence Taken ☒ Yes ☐ No | Evidence Case Number 210-299 | Evidence Locker Number #31 | Photo Submitted ☒ Yes ☐ No |
|---|---|---|---|

| Disposition Of Evidence (If Not Placed In Locker) | Placed In Pre-Hearing Confinement ☒ Yes ☐ No |
|---|---|

#### NAME(S) OF ALLEGED VICTIMS OF THIS INCIDENT

| Last, First 1)Hahn, Aaron | Staff ☐ | Volunteer/Visitor/Other ☐ | Offender ☒ | DOC# 332715 |
|---|---|---|---|---|
| Last, First 2) | Staff ☐ | Volunteer/Visitor/Other ☐ | Offender ☐ | DOC# |

| RELATED REPORTS ATTACHED | ☐ Supplemental | ☐ Background Memos |
|---|---|---|
| | ☐ Staff Witness Statements | ☐ Medical |
| | ☐ Tele-Incident | ☐ Use of Force |
| | ☐ Other (Specify) | |

| Reporting Staff Signature | Date 4/26/10 |
|---|---|
| Infraction Review Officer Signature | Date 4/26/10 |

The contents of this document may be eligible for public disclosure.  Social Security Numbers are considered confidential information and will be redacted in the event of such a request. This form is governed by Executive Order 00-03, RCW 42.56, and RCW 40.14.

Distribution: ORIGINAL- Central File  COPY-Hearing Officer, Offender , Counselor, Board
DOC 17-076 (Rev. 12/19/08)

DOC 460.000, DOC 580.655
[4-4233], [4-4236]

PDU-25024 1st Install   000044

EXHIBIT 4



**STATE OF WASHINGTON
DEPARTMENT OF CORRECTIONS**

**SEGREGATION AUTHORIZATION**

| Offender's Name<br>Repp, Dennis | DOC Number<br>338561 | Facility<br>WSP-WC | Date Placed in Segregation<br>04/26/10 |
|---|---|---|---|

### Section I

**REASON FOR PLACEMENT:**

☒ THREAT TO OTHERS/SELF/SECURITY
☐ OWN REQUEST
☒ INFRACTION SUBMITTED
☐ SUMMARY OF CONFIDENTIAL INFORMATION
☐ OTHER (Explain)

**SPECIAL INSTRUCTIONS:**

☐ SPECIAL DIET
☐ MEDICATIONS (List Rx)

☐ OTHER (Explain)

Sgt. Dereesa Smith
**Requesting Staff Member**

Lt. Patrick McKeown #7156
**Signature of Authorizing Lieutenant/Correctional Unit Supervisor**

### SPECIFIC REASONS FOR PLACEMENT AND RECOMMENDATION TO SUPERINTENDENT

At approximately  2036  ☐ a.m. ☒ p.m. on  04/26/10  offender  Hahn  was placed in ☒ Administrative

Segregation pursuant to WAC 137-32-005 and/or was placed in ☐ Pre-Hearing Confinement per WAC 137-28-280 due to infraction(s).

Details for reason(s) for placement are as follows:

I/M Repp assaulted I/M Hahn with numerous close fist punches and kicks. At no time did I/M Hahn fight back. This incident took place in the WC Education Dept. Library.

| Reviewed and Approved By: (Superintendent/Designee) | Date | C/O Davis, D. / C/O Arevalo<br>Escorting Staff |
|---|---|---|

### Section II

| NEXT ACTION DUE BY:<br>Date: | NOTIFICATION OF INITIAL REVIEW: Serve DOC 05-797 now<br>Time:          Date: |
|---|---|

Offender's Signature                                                Date

Signature of Serving/Reporting Staff                               Date

Offender Refuses to Sign—Witness Signature                         Date

The contents of this document may be eligible for public disclosure. Social Security Numbers are considered confidential information and will be redacted in the event of such a request. This form is governed by Executive Order 00-03, RCW 42.56, and RCW 40.14.

Distribution:   Original- Central File      COPY - Hearing Office, Seg Unit Supervisor, Superintendent, Offender

DOC 17-075 (Rev. 03/13/08)                                    DOC 320.200, DOC 460.000

PDU-25024 1st Install      000025

Hahn, Aaron 332715 01-14-70

Exhibit B

HAHN, AARON #332715

| DATE (m/d/yr) | TIME (24-hr) | FACILITY | UNIT | ALLERGIES | |
|---|---|---|---|---|---|
| 4-26-10 | 2100 | WP | D | NKDA | Suture removal |

**PLAN/RX** 7 days.

S. Pt sustained facial trauma —
c/o headache & (L) forehead pain —

O. Jagged irregular laceration across
nasal bridge 1cm x 1cm. Shallow
laceration at top of nasal bridge &
multiple abrasions/ecchymosis
on (L) forehead & temple.

A. Nasal laceration & facial
contusion/abrasions 2° to fight.

P. Procedure explained — verbal consent
obtained. 3cc 1% Lidocaine injected
into wound. Betadine scrub x 3.

**PLAN/RX**
Tylenol 325 ii po
now

Ibuprofen 600 mg po
now

Then

Tylenol 325 mg II
po TID prn
x 3 days

| DATE (m/d/yr) | TIME (24-hr) | FACILITY | UNIT | ALLERGIES |
|---|---|---|---|---|

#7, 6-0 Ethilon Prolene sutures placed to
close wound. Wound cleaned &
bandaged — Tylenol & Ibuprofen
po given. See orders for Rx
& suture removal orders —

[signature] 7 26 10
4/26/10

**PLAN/RX**

4/26/10  2036 — I/m seen in library for
post altercation assessment. He is alert and
oriented x 3. Bleeding from wound to bridge of
nose and between eye brows. Bruising & swelling
noted to left upper jaw, bruising to left lateral

| DATE (m/d/yy) | TIME (24-hr) | FACILITY | UNIT | ALLERGIES |
|---|---|---|---|---|

forehead. Bruise to mid upper forehead. Small
triangular wound between brows, minimal bleeding
steri strips applied. Bridge of nose wound is tri-
angular, ½" deep will need stitches—bruising to
left ear and below, red area below (R) ear, small
red area to top of head, no bleeding. Bruising under
(R) eye present. Pupils are reactive equal. Provider
called. S. Weigner Arnp — come into event
to apply Stitches. 7 stitches were used
to bridge of nose. Meds administered for pain
I/m tolerated procedure well. K. Hawkins RN

**PLAN/RX**

COPY

State law (RCW 70.02; RCW 70.24.105; RCW 71.05.390) and/or federal regulations (42 CFR Part 2; 45 CFR Part 164) prohibit disclosure of this information without the specific written consent of the person to whom it pertains, or as otherwise permitted by law.



**STATE OF WASHINGTON**
**DEPARTMENT OF CORRECTIONS**

DOC 410.430   DOC 420.250
DOC 420.255   DOC 610.010
DOC 610.025   DOC 610.040
DOC 610.650   DOC 670.030

**PRIMARY ENCOUNTER REPORT**
[4-4350] [4-4351] [4-4355] [4-4359] [4-4367] [4-4372] [4-4397]
[4-4398] [4-4405] [4-4407]   DOC 13-435 (03/24/2009) POL

Exhibits



**STATE OF WASHINGTON
DEPARTMENT OF CORRECTIONS**

**INCIDENT REPORT**

☐ Confidential

| DATE/TIME OF INCIDENT | OFFENDERS INVOLVED | DOC NUMBER | LIVING UNIT |
|---|---|---|---|
| 04/26/10   2036 | Hahn, Aaron | 332715 | D |

| LOCATION | WITNESSES |
|---|---|
| Library | |

USE OF FORCE INCIDENT? ☐ YES ☒ NO

**DETAILS:** Who was involved, what took place, how did it happen, description of any injuries, damage, use of force, etc. Attach additional sheet, if necessary.

Inmate first assessed in library for post altercation injuries. He is alert and orientated appropriately, bleeding from wound to bridge of nose and between eye brows. Steri-strips to wound between eyes, wound to nose will require stitches. Swollen and bruised area to upper left jaw with extended bruising around left lateral forehead extending under left eye. Bruised area below left ear and to his left ear, no swelling. Bruised area to upper mid forehead. Area of bruising below right ear, no swelling. Small red area to top of scalp, no bleeding. Pupils are equal and reactive appropriately. Provider S.Neisner ARNP came into E unit and put in 7 stitches to close wound to nose.

**IMMEDIATE ACTION TAKEN:**

Assessed, wounds cleansed, steri-strips applied, 7 stitches to bridge of nose. Meds were given in clinic for pain.

| | | |
|---|---|---|
| _Ken Hawkins_ Ken Hawkins 04/26/10 | R.N. | _Ken Hawkins_ |
| STAFF SIGNATURE                    DATE | TITLE | STAFF NAME (Please Print) |

**TO BE COMPLETED BY CHIEF INVESTIGATOR**

| DATE/TIME RECEIVED | | INCIDENT NUMBER |
|---|---|---|
| INVESTIGATION ASSIGNED TO | BY | DATE |

The contents of this document may be eligible for public disclosure. Social Security Numbers are considered confidential information and will be redacted in the event of such a request. This form is governed by Executive Order 00-03, RCW 42.56, and RCW 40.14.

Distribution:   WHITE - Chief Investigator   CANARY - Executive Team Member   PINK - Originator   GOLDENROD – Immediate Supervisor
DOC 21-917 (Rev. 2/07/07)

PDU-25024 1st Install       000040

PDU-25024 1st Install   000018



PDU-25024 1st Install   000014



Exhibit 6

#3



**DOC**

## STATE OF WASHINGTON
### DEPARTMENT OF CORRECTIONS

### DISCIPLINARY HEARING MINUTES AND FINDINGS


FORM D

Infraction Group Number: 1

| Offender Name(Last, First) | | | DOC Number |
|---|---|---|---|
| REPP, Dennis W. | | | 338561 |

| Date of Hearing 5/11/2010 | Time of Hearing 0730  0850 | Violation Date 4/26/2010 | Waived 24 Hours Notice ☐ Yes ☒ No |
|---|---|---|---|
| | | | Waived Appearance ☐ Yes ☒ No |

OFFENDER'S PLEA: ~~Guilty~~ 502        ~~Not Guilty~~

INTERPRETER:      ☐ Yes  ☒ No    Name: _____

STAFF ADVISOR:    ☐ Yes  ☒ No    Name: _____

COMPETENCY CONCERN: ☐ Yes ☒ No   HEARING IMPAIRED: ☐ Yes ☒ No

WITNESS STATEMENT RETURNED: ☐ Yes ☒ No

WITNESS/STATEMENT DENIED: ☐ Yes ☒ No
Reason:

5/11/10  Clerical error on Hearing Notice infraction listed as 505 on infraction itself for 502 - changed hearing notice to correspond w/ infraction

SUMMARY OF TESTIMONY (LIST WITNESSES TESTIFYING) / EVIDENCE USED / FINDINGS / REASONS FOR CONTINUANCES, DECISIONS, AND SANCTIONS/ANY RELEVANT INFORMATION):

He had it coming - I'm not going to say what this was about

Infraction / 8 incident Reports / 14 photos / DVD

### LIST EACH WAC 137-28 RULE VIOLATION SEPARATELY

| VIOLATION NO. | FINDING GUILTY | FINDING NOT GUILTY | FINDING DISMISSED | FINDING REDUCED | REASON |
|---|---|---|---|---|---|
| 502 | X | | | | Written staff testimony / I/m's statement & |
| | | | guilty plea | | DVD Does show I/m attack |
| | | | Another | I/m and | continue to hit & kick this |
| | | | I/m while | I/m is down | causing substantial |
| | | injuries | - | guilty 502 | |

SANCTION(S): 10 ISO / 30 seg / loss 180 days good time - 2yr loss credit for time served - c& D evidence  weight lifting

REASON FOR SANCTION(S):
within DOC Policy guide lines

RECOMMENDATIONS (Non-Sanction): _____

*I HAVE RECEIVED A COPY OF THIS FORM*

Eh in restraint _____    5/11/10    _____
Offender or Staff Witness Signature                Date        Time

_____    5/11/10    0915
Hearing Officer Signature    Date    Time

The contents of this document may be eligible for public disclosure. Social Security Numbers are considered confidential information and will be redacted in the event of such a request. This form is governed by Executive Order 00-03, RCW 42.56, and RCW 40.14.

Distribution: ORIGINAL-Central File  COPY-Hearing Officer, Offender
DOC 21-312 (Rev. 3/23/09)

DOC 320.150, DOC 460.000
[4-4236], [4-4245]

PAGE_____ OF_____

Exhibit 6



FORM B


**STATE OF WASHINGTON**
**DEPARTMENT OF CORRECTIONS**

**SERIOUS INFRACTION REPORT**

Facility: WSP-Main

Infraction Group Number: 1

| STAFF REPORT | | |
|---|---|---|
| Name: REPP, DENNIS W. | DOC #: 338561 | Date: 4/26/2010 |
| Number of rule(s) violated:   502 - AGGRAVATED ASSAULT/INMATE | | Time: 2036 |
| | | Place: Education |

Details in full:  On 4/26/10 at approximately 2036 it was announced that there was a fight in the Library. QRST arrived and observed IM Repp, Dennis #338561 striking IM Hahn, Aaron #332715 numerous times with closed fists punches and kicks to the upper torso. Specifically the head. I Lt. McKeown, reviewed the video, it clearly shows IM Repp, work his way up to where IM Hahn was walking and without provocation punch IM Hahn in the face and then continue punching and kicking IM Hahn until responding staff arrived. Force was necessary to separate IM Repp from IM Hahn by placing him on the floor where restraints were applied. IM Hahn needed medical treatment to numerous cuts and abrasions to his face. IM Repp was escorted to the Shift Holding cell, assessed by medical then escorted to Unit 4 on Ad Seg placement.
Witnesses:

PATRICK K. MCKEOWN
Reporting Staff (Print)                                                    Reporting Staff Signature

| FACT FINDING DURING HEARING |
|---|

Was offender informed of right to remain silent? ☒ Yes ☐ No          Date of Hearing: 5/11/2010          RECEIVED

PLEA:   NOT GUILTY                                                              MAY 2 0 2010

　　　　　　GUILTY   502                                                    WSP/MSC RECORDS

　　　　　　NO PLEA

Did the offender make statement after being informed of his/her rights? ☐ Yes ☐ No
If so, what? 5/11/10 Clerical error on hearing noticed, infraction listed as 505 on infraction itself for 502-changed hearing notice to correspond w/ infraction. He had it coming - I'm not going to say what this was about. Infraction/8 Incident Reports/14 Photos/DVD.

| DECISION |
|---|

Finding: NOT GUILTY                                        DISMISSED

　　　　　　GUILTY   502                                    REDUCED

Facts and evidence found: Written staff testimony/IM's statement & guilty plea. DVD does show IM attack another IM and continue to hit & kick this IM while IM is down, causing substantial injuries. Guilty 502.
Sanction(s): 10 days isolation applied
30 days segregation applied
180 days loss of good conduct time applied
loss of weightlifting privileges applied
Reason for sanction(s): Within DOC Policy guidelines.
Recommendations (Non-Sanction): CREDIT FOR TIME SERVED

Hearings Officer                                                    Superintendent

The contents of this document may be eligible for public disclosure. Social Security Numbers are considered confidential information and will be redacted in the event of such a request. This form is governed by Executive Order 00-03, RCW 42.56, and RCW 40.14.

Distribution:     ORIGINAL – Central File       COPY – Offender, Board, Counselor, Hearing Officer
DOC 20-051 (Rev. 12/19/08)                                                                          DOC 460.000

Exhibit 1

A-0410-76

OTSO310    WASHINGTON DEPARTMENT OF CORRECTIONS    DATE: 04/27/10
                    INCIDENT REPORT                 TIME: 10:28.25

NO:14503 TYPE:ASLT I/M WO-WP WO-HSP    STAFF REPORTING:LT. P. MCKEOWN
          TYPE:USE OF FORCE                       TYPE:
OCCURRED ON: 04/26/10 AT 08:36PM        REPORTED ON: 04/26/10 AT 09:05PM
LOCATION: WASH STATE PEN                CONFIDENTIAL: NO
PLACE: EDUCATION DEPARTMENT             WC EDUCATION DEPT. LIBRARY

| OFFENDERS INVOLVED | INJ | HOS | STAFF INVOLVED | INJ | HOS |
|---|---|---|---|---|---|
| 332715 HAHN, AARON M. | Y | N | SGT. SMITH, DEREESA | N | N |
| 338561 REPP, DENNIS W. | Y | N | LIBRARIAN BAKER, JEAN | N | N |
| | | | C/O GEARNS, KENNETH | N | N |
| | | | C/O DAVIS, DUSTIN | N | N |
| | | | C/O AREVALO, ANTONIO | N | N |

DESCRIPTION:
ON 04-26-10 AT APPROX. 2036 HRS. A FIGHT WAS CALLED BY INSTITUTION
RADIO IN THE EDUCATION DEPT LIBRARY. LIBRARIAN BAKER OBSERVED THE
FIGHT & HIT THE EMERGENCY BUTTON ALARMING CORRECTIONAL STAFF OF THE
INCIDENT. AS EDUCATION COS AND QRST ARRIVED IT WAS OBSERVED THAT I/M
REPP WAS ON TOP OF I/M HAHN STRIKING HIM NUMEROUS TIMES TO THE UPPER
TORSO AREA. FORCE WAS USED TO PLACE I/M REPP ON THE FLOOR AND THEN
RESTRAINTS WERE PLACED ON HIM. I/M REPP WAS ESCORTED TO THE SHIFT
HOLDING CELL. 911 WAS CALLED DUE TO THE INJURIES OBSERVED TO THE FACE
OF I/M HAHN. RN HAWKINS RESPONDED TO THE SCENE TO ASSESS THE
SITUATION. IT WAS DETERMINED TO TRANSPORT I/M HAHN TO THE EXAM ROOM IN
ECHO UNIT. THE PROVIDER LPN NEISNEER RESPONDED TO ECHO UNIT AND
TREATED I/M HAHN WITH NUMEROUS STITCHES TO THE WOUND ON HIS NOSE. I& I
JACKSON NOTIFIED. THE CRIME SCENE WAS PRESERVED PENDING ITS
RELEASE BY I&I JACKSON. CRIME SCENE RELEASED AT 2130 HRS. RN JABAGAT
ASSESSED I/M REPP AND NOTES SMALL CUT AND SCRATCHES TO THE KNUCKLES TO
BOTH HANDS. RN HAWKINS ASSESSED I/M HAHN AND NOTES NUMEROUS BRUISES
AND CUTS TO THE FACE AND HEAD AREA. I/M HAHN WAS INTERVIEWED BY I&I
JACKSON. I/M REPP WAS INTERVIEWED BY LT. MCKEOWN AND I&I JACKSON I/M
REPP STATED THAT THE DUDE WAS TALKING
HIS MOTHER IN A WHEEL CHAIR, THAT'S WHY HE DID WHAT HE DID. VIDEO WAS
REVIEWED BY I&I JACKSON AND LT. MCKEOWN, IT CLEARLY SHOWS I/M REPP
WATCH I/M HAHN UNTIL IT WAS OBSERVED THAT I/M REPP WALKED UP TO I/M
HAHN WHO WAS NOT EXPECTING ANYTHING AND BLINDSIDED HIM WITH A CLOSE
FIST PUNCH TO THE FACE AND THEN CONTINUED THE ASSAULT WITH NUMEROUS
PUNCHES AND KICKS UNTIL RESPONDING STAFF SEPARATED THEM. NOTE: AT NO
TIME DID I/M HAHN FIGHT BACK IN ANY MANNER. BOTH PLACED ON AD-SEG; I/M
REPP FOR AGGRAVATED ASSAULT ON ANOTHER I/M AND I/M HAHN FOR HOUSING
REVIEW. BLOOD/BODY FLUIDS CLEANED UP PER POLICY. VIDEO, PHOTOS AND ALL
DOCUMENTATION FORWARDED UP THE CHAIN OF COMMAND FOR REVIEW. ADDITIONAL
INDIVIDUAL INVOLVED: CO HALL, TYLER; RN HAWKINS, KEN; RN PLACIDO,
JABAGAT.

PROPERTY DAMAGE: NO   APPROXIMATE COST: $        0
OTHER AGENCIES CONTACTED: DATE: N/A      TIME: N/A
N/A
HOSP NAME:                      FOLLOWUP RPT: NO  AGAINST: INMATE
------------------------ OFFENDERS INVOLVED ------------------------
NAMES: HAHN, AARON M.            DOC NO: 332715 CLASS: CLOSE
LAST KNOWN ADDR: UNKNOWN
DOB: 09/14/1979 SEX:M RACE: WHITE  HISP.ORIG: N  REL.DATE: 07/03/2025
MSC: MURDER I             COUNTY: CLALLAM
RECEIVED WCC-R: 12/02/09  TRANSFER TO PRESENT FACILITY: 02/11/10

VIC/WIT ELIGIBLE: YES
FBI NO: 188839KB9      SSA NO: 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      SID NO: 24431894


NAMES: REPP, DENNIS W.              DOC NO: 338561 CLASS: CLOSE
LAST KNOWN ADDR: UNKNOWN
DOB: 12/02/1985 SEX: M RACE: WHITE    HISP.ORIG: N  REL.DATE: 04/03/2032
MSC: ROBBERY 1              COUNTY: COWLITZ
RECEIVED WCC-R: 02/26/10    TRANSFER TO PRESENT FACILITY: 04/08/10
VIC/WIT ELIGIBLE: YES
FBI NO: 480976JC8      SSA NO:              SID NO: 22864534




**STATE OF WASHINGTON**
**DEPARTMENT OF CORRECTIONS**

## DISCIPLINARY HEARING NOTICE/APPEARANCE WAIVER

Infraction Group Number: 1

| Offender Name | | DOC Number | Facility | Date |
|---|---|---|---|---|
| REPP, Dennis W. | | 338561 | WSP-Main | 5/7/2010 |

| Type of Review | Hearing Scheduled For: 5/11/2010 | Location | Time |
|---|---|---|---|
| ☒ Disciplinary | Date | WSP-Main | 0730 |

REASON FOR HEARING (Include all Allegations of Misconduct, if Appropriate)

~~505 – Fighting with any person.~~

502 Aggravated Assault on Another offender

| | ☐ I HAVE BEEN PROVIDED A CERTIFIED SIGN LANGUAGE INTERPRETER |
|---|---|
| Interpreter Name/Date | ☐ I HAVE BEEN PROVIDED WITH A SPANISH TRANSLATION OF THE CHARGES AGAINST ME ON SE ME HA DADO UNA TRADUCCION AL ESPANOL DE LOS CARGOS EN ME CONTRA EL DIA |

Date/FETCHA        AT        Time/HORA        Offender Signature/FIRMA DE OFENSOR

**OFFENDER RIGHTS:**

☑ YOU HAVE THE RIGHT TO REMAIN SILENT AT THE HEARING. IF YOU CHOOSE TO REMAIN SILENT, YOUR SILENCE MAY BE USED AGAINST YOU AND THE DECISION WILL BE BASED ON THE EVIDENCE PRESENTED.

☑ YOU MAY WAIVE YOUR APPEARANCE AT THE HEARING.

☑ YOU DO NOT HAVE A RIGHT TO CROSS-EXAMINE WITNESSES, HAVE THE INFRACTING STAFF PRESENT AT THE HEARING, OR HAVE A POLYGRAPH OR OTHER SUPPLEMENTAL TEST.

☑ YOU MAY REQUEST WITNESS STATEMENTS AND/OR THAT STAFF, OFFENDERS, OR OTHER PERSONS BE PRESENT AS WITNESSES, UNLESS IT IS DETERMINED BY THE HEARING OFFICER THAT DOING SO WOULD BE UNDULY HAZARDOUS TO FACILITY SAFETY OR SECURITY: (List Witnesses Below)

| STAFF NAME | STATEMENT | WITNESS | POSITION | OFFENDER NAME | STATEMENT | WITNESS | DOC NUMBER |
|---|---|---|---|---|---|---|---|
| None | ☐ | ☐ | | None | ☐ | ☐ | |
| | ☐ | ☐ | | | ☐ | ☐ | |

☑ CRIMINAL CHARGES MAY BE PENDING. ANYTHING YOU SAY HENCEFORTH MAY BE USED AGAINST YOU IN A COURT OF LAW.

STATUS OF CRIMINAL CHARGES: ☐ NONE   ☒ UNKNOWN   ☐ PENDING IN _____
                                                                    COUNTY                    CHARGES

☑ YOU HAVE THE RIGHT TO REVIEW ALL RELATED REPORTS AND A SUMMARY OF ANY CONFIDENTIAL INFORMATION.

☑ YOU MAY REQUEST A STAFF ADVISOR.                                    ☐ REQUESTED   ☒ WAIVED

☑ YOU MAY REQUEST AN INTERPRETER (if unable to speak and/or understand the English language).   ☐ REQUESTED   ☒ WAIVED

☑ YOU MAY REQUEST A CERTIFIED SIGN LANGUAGE INTERPRETER IF YOU ARE HEARING IMPAIRED.            ☐ REQUESTED   ☒ WAIVED

☑ YOU MAY APPEAL THE DECISION AND/OR SANCTIONS TO THE SUPERINTENDENT/FACILITY SUPERVISOR.

☑ IF YOU ARE AN INDETERMINATE SENTENCE CASE AND WITHIN 60 DAYS OF AN ESTABLISHED RELEASE DATE, A GUILTY FINDING COULD RESULT IN THE CANCELLATION OF YOUR RELEASE DATE.

☑ I _____, DOC # _____ WAIVE MY RIGHT TO THE REQUIRED 24 HOURS NOTICE PRIOR TO BEING SEEN BY THE (DISCIPLINARY) HEARING OFFICER AND AUTHORIZE THE HEARING OFFICER TO MAKE A DISPOSITION REGARDING THE INFORMATION AND EVIDENCE PRESENTED TO THE HEARING OFFICER AS PERTAINS TO MY PARTICULAR SITUATION.

☑ I _____, DOC # _____ WAIVE MY RIGHT TO ATTEND THIS SCHEDULED HEARING. I UNDERSTAND THAT THE HEARING WILL BE HELD IN MY ABSENCE.

COPY OF THIS FORM AND INFRACTION, WITH ATTACHMENTS, RECEIVED.

X _Dennis Repp_ MMS-10 0710        _[signature]_ H789 mmy 10 0710
Offender/Witness Signature   Date   Time        Staff Signature                Date        Time

Distribution:   **ORIGINAL** – Central File   COPIES- Hearing Officer , Offender
DOC 05-093 (Rev. 12/19/08)                                        DOC 460.500, DOC 460.000
                                                                              [4-4236]

PDU-25024 1st Install        000043

EXHIBIT



STATE OF WASHINGTON
DEPARTMENT OF CORRECTIONS

**INFRACTION REVIEW CHECKLIST**

| Offender Name: Kopp, Dennis | DOC # 338561. | WAC # 502 |
|---|---|---|

| ☑ | Examine the infraction to ensure that each field is filled in properly and written legibly. |
|---|---|
| ☑ | Ensure the offender's name and DOC number are recorded correctly. |
| ☑ | Read the infraction report narrative and ensure the following elements are included:<br>☐ Who?<br>☐ What?<br>☐ Where?<br>☐ When?<br>☑ Why?<br>☐ How? |
| ☑ | Check to be sure that the infraction violations at the top of the report correspond with the written information *and* are appropriate for the incident.<br>NOTE: The reviewer may 1) require that the report be revised, re-written, or re-investigated by the reporting staff to ensure the alleged facts support the charges, or 2) add, dismiss, delete, or reduce the indicated WAC violations as appropriate, based upon the information and/or evidence provided by the reporting staff and any mitigating factors. |
| ☑ | Ensure the report is factual, without assumptions, feelings, beliefs, or what the reporting staff "thinks" may have happened. |
| ☑ | Ensure alleged victims, if any, of the incident are recorded and accurately documented in the "Name(s) of alleged victims of this incident" fields. |
| ☑ | Ensure the report includes supporting documentation if the incident included:<br>☐ Injuries? Medical Response?<br>☑ Witnesses?<br>☐ Property Damage?<br>☐ Use of Force?<br>☐ Tele-Incident Report?<br>☐ Other Supplemental Information? |
| ☐ | Ensure all evidence has been collected, secured, and logged properly in accordance with policy and facility procedures. Did you document:<br>☑ Evidence taken?<br>☑ Evidence Case Number assigned?<br>☑ Evidence was placed in an evidence locker?<br>☐ Disposition of evidence if not placed in locker?<br>☑ Photos submitted? |
| ☑ | Complete the "Placed in Pre-hearing Confinement" field by checking the "Yes" or "No" boxes. |
| N/A | If confidential information has been submitted, have you:<br>☐ Reviewed the information to ensure it is consistent with other reports?<br>☐ Checked to ensure the documents are marked or stamped as "Confidential"?<br>☐ Requested that the staff who received the information initiate DOC 05-392 Confidential Information Report and forward it to designated facility staff?<br>☐ Included a summary of confidential information with the infraction report? |
| ☑ | The DOC 17-076 Initial Serious Infraction Report, with attachments if any, is complete. Sign and date on the line labeled "Infraction Review Officer Signature". Signature *must* be legible. |
| ☑ | Send the infraction report and any supporting documents to the Hearing Clerk or designated facility staff. |
| ☐ | The infraction report has been reviewed and is being returned for the following reason(s): |
| ☐ | An investigation is required. Investigation assigned to:<br>(Ensure DOC 02-077 is completed)    Name    Date    Time |
| ☐ | Promptly resubmit the infraction report with the corrected/appropriate information, including this Infraction Review Checklist. |

| Reviewer's Signature | Print Name | Date |
|---|---|---|
| *[signature]* | 7156    LT. PATRICK McKEOWN | 4/24/10 |

*The contents of this document may be eligible for public disclosure. Social Security Numbers are considered confidential information and will be redacted in the event of such a request. This form is governed by Executive Order 00-03, RCW 42.56, and RCW 40.14.*

Distribution: ORIGINAL-Central File   COPY- Hearing Officer, Offender
DOC 17-069 (Rev. 12/19/08)

DOC 460.000



**STATE OF WASHINGTON**
**DEPARTMENT OF CORRECTIONS**

**INFRACTION REVIEW CHECKLIST**

| Offender Name: Repp | DOC # 338561 | WAC # 502 |
|---|---|---|

| | |
|---|---|
| ☒ | Examine the infraction to ensure that each field is filled in properly and written legibly. |
| ☒ | Ensure the offender's name and DOC number are recorded correctly. |
| ☒ | Read the infraction report narrative and ensure the following elements are included: |
| | ☒ Who? |
| | ☒ What? |
| | ☒ Where? |
| | ☒ When? |
| | ☒ Why? |
| | ☐ How? |
| ☒ | Check to be sure that the infraction violations at the top of the report correspond with the written information *and* are appropriate for the incident.  NOTE: The reviewer may; 1) require that the report be revised, rewritten, or reinvestigated by the reporting staff member to ensure the alleged facts support the charges, or 2) add, dismiss, delete or reduce the indicated WAC violations as appropriate, based upon the information and/or evidence provided by the reporting staff and any mitigating factors. |
| ☒ | Ensure the report is factual, without assumptions, feelings, beliefs or what the reporting staff "thinks" may have happened. |
| ☒ | Ensure alleged victims, if any, of the incident are recorded and accurately documented in the  "Name(s) of alleged victims of this incident" fields. |
| ☒ | Ensure the report includes supporting documentation if the incident included:  ☐ Injuries? Medical Response?  ☒ Witnesses?  ☐ Property Damage?  ☐ Use of Force?  ☐ Teleincident Report?  ☒ Other Supplemental Information? |
| ☒ | Ensure all evidence has been collected, secured, and logged properly in accordance with policy and facility procedures. Did you document:  ☒ Evidence taken?  ☒ Evidence Case Number assigned?  ☒ Whether or not the evidence was placed in an evidence locker?  ☒ The disposition of the evidence if not placed in locker?  ☒ Photos submitted? |
| ☒ | Complete the "Placed in Pre-hearing Confinement" field by checking the "Yes" or "No" boxes. |
| ☒ | If confidential information has been submitted, have you:  ☒ Reviewed the information to ensure it is consistent with other reports?  ☒ Checked to ensure the documents are marked or stamped as "Confidential"?  ☒ Requested that the staff who received the information initiate DOC 05-392, Confidential Information Report and forward it to designated facility staff?  ☒ Included a summary of confidential information with the infraction report? |
| ☒ | The Initial Serious Infraction report (with attachments, if any) is complete. Sign and date the Initial Serious Infraction Report on the line labeled "Infraction Review Officer Signature" (Signature *must* be legible). |
| ☒ | Send the infraction report and any supporting documents to the hearing clerk or designated facility staff. |
| ☒ | The Initial Serious Infraction report has been reviewed and is being returned for the following reason( s):  Reason: *Photos & Medical Report & Inventory Reports are needed.* |
| ☐ | An investigation is required.  Investigation assigned to: _____ Name _____ Date _____ Time  (Ensure DOC 20-077 is completed) |
| ☐ | Promptly resubmit the infraction report with the corrected / appropriate information, including this Infraction Review Checklist. |

| Reviewer's Signature RAP | Print Name Robert Piven | Date 4-27-10 |
|---|---|---|

*The contents of this document may be eligible for public disclosure.  Social Security Numbers are considered confidential information and will be redacted in the event of such a request.  This form is governed by Executive Order 00-03, RCW 42.56, and RCW 40.14.*

Washington State
**Department of Corrections**

Historical Incident By Number

5/10/2013
Page 1 of 2

No. 14503   Type: ASLT I/M WO-WP WO-HSP

Staff Reporting: LT. P. MCKEOWN

Type: USE OF FORCE

Staff Entering: PETTIT, ANGELA

Type: OFFENDER INJURY

Occured On: 4/26/2010 at 08:36PM

Reported On: 4/26/2010 at 09:05PM

Location: Washington State Penitentiary-Main Facility

Confidential: No

Place: EDUCATION DEPARTMENT

WC EDUCATION DEPT. LIBRARY

| Offenders Involved | | | Inj | Hos | Staff Involved | Inj | Hos |
|---|---|---|---|---|---|---|---|
| 332715 | HAHN, AARON M. | | Y | N | C/O AREVALO, ANTONIO | N | N |
| 338561 | REPP, DENNIS W. | | Y | N | C/O DAVIS, DUSTIN | N | N |
| | | | | | C/O GEARNS, KENNETH | N | N |
| | | | | | LIBRARIAN BAKER, JEAN | N | N |
| | | | | | SGT. SMITH, DEREESA | N | N |

Description: ON 04-26-10 AT APPROX. 2036 HRS. A FIGHT WAS CALLED BY INSTITUTION RADIO IN THE EDUCATION DEPT LIBRARY. LIBRARIAN BAKER OBSERVED THE FIGHT & HIT THE EMERGENCY BUTTON ALARMING CORRECTIONAL STAFF OF THE INCIDENT. AS EDUCATION COS & QRST ARRIVED IT WAS OBSERVED THAT I/M REPP WAS ON TOP OF I/M HAHN STRIKING HIM NUMEROUS TIMES TO THE UPPER TORSO AREA. FORCE WAS USED TO PLACE I/M REPP ON THE FLOOR AND THEN RESTRAINTS WERE PLACED ON HIM. I/M REPP WAS ESCORTED TO THE SHIFT HOLDING CELL. 911 WAS CALLED DUE TO THE INJURIES OBSERVED TO THE FACE OF I/M HAHN. RN HAWKINS RESPONDED TO THE SCENE TO ASSESS THE SITUATION. IT WAS DETERMINED TO TRANSPORT I/M HAHN TO THE EXAM ROOM IN ECHO UNIT. THE PROVIDER LPN NEISNEER RESPONDED TO ECHO UNIT AND TREATED I/M HAHN WITH NUMEROUS STITCHES TO THE WOUND ON HIS NOSE. I& I JACKSON WAS NOTIFIED. THE CRIME SCENE WAS PRESERVED PENDING ITS RELEASE BY I& I JACKSON. CRIME SCENE RELEASED AT 2130 HRS. RN JABAGAT ASSESSED I/M REPP AND NOTES SMALL CUT AND SCRATCHES TO THE KNUCKLES TO BOTH HANDS. RN HAWKINS ASSESSED I/M HAHN AND NOTES NUMEROUS BRUISES AND CUTS TO THE FACE AND HEAD AREA. I/M HAHN WAS INTERVIEWED BY I& I JACKSON. I/M REPP WAS INTERVIEWED BY LT. MCKEOWN AND I& I JACKSON I/M REPP STATED THAT THE DUDE WAS TALKING HIS MOTHER IN A WHEEL CHAIR, THAT'S WHY HE DID WHAT HE DID. VIDEO WAS REVIEWED BY I& I JACKSON AND LT. MCKEOWN, IT CLEARLY SHOWS I/M REPP WATCH I/M HAHN UNTIL IT WAS OBSERVED THAT I/M REPP WALKED UP TO I/M HAHN WHO WAS NOT EXPECTING ANYTHING AND BLINDSIDED HIM WITH A CLOSE FIST PUNCH TO THE FACE AND THEN CONTINUED THE ASSAULT WITH NUMEROUS PUNCHES AND KICKS UNTIL RESPONDING STAFF SEPARATED THEM. NOTE: AT NO TIME DID I/M HAHN FIGHT BACK IN ANY MANNER. BOTH PLACED ON AD-SEG; I/M REPP FOR AGGRAVATED ASSAULT ON ANOTHER I/M AND I/M HAHN FOR HOUSING REVIEW. BLOOD/BODY FLUIDS CLEANED UP PER POLICY. VIDEO, PHOTOS AND ALL DOCUMENTATION FORWARDED UP THE CHAIN OF COMMAND FOR REVIEW. ADDITIONAL INDIVIDUAL INVOLVED: CO HALL, TYLER; RN HAWKINS, KEN; RN PLACIDO, JABAGAT.

Property Damage: No

Approximate Cost:      $0

Other Agencies Contacted:

Date: N/A    Time: N/A

N/A

Hospital Name:

Followup Report: No    Against: INMATE

------------------------------------------------ OFFENDERS INVOLVED ------------------------------------------------

Name: HAHN, AARON M.

DOC No: 332715

Class: CLOSE

Last known addr: UNKNOWN

PDU-25024 1st Install      000002

Washington State
**Department of Corrections**

# Historical Incident By Number

5/10/2013
Page 2 of 2

DOB: 09/14/1979   Sex: M   Race: WHITE   Hisp. Orig: N   Rel.Date: 07/18/2025
MSC: MURDER I   County: CLALLAM   Cause: 081001953
Received: WCC-R: 12/02/2009   Transfer to present facility: 02/11/2010
Vic/Wit Eligible: YES   WTR Type: NOT IN WTR
Height: 5 FT 11 IN   Weight: 184 LBS   Hair: BROWN   Eye: BLUE
Scars, marks, tattoos: None
FBI No: 188839KB9   SSA No: 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   SID No: 24431894

Names:

HAHN, AARON M.   (ALIAS)

| Crime | County |
|---|---|
| MURDER I | CLALLAM |
| P.N. SEX | CLALLAM |

Name: REPP, DENNIS W.   DOC No: 338561   Class: CLOSE
Last known addr: UNKNOWN
DOB: 12/02/1985   Sex: M   Race: WHITE   Hisp. Orig: N   Rel.Date: 09/30/2032
MSC: ROBBERY 1   County: COWLITZ   Cause: 091010584
Received: WCC-R: 02/26/2010   Transfer to present facility: 01/06/2011
Vic/Wit Eligible: YES   WTR Type: NOT IN WTR
Height: 5 FT 6 IN   Weight: 174 LBS   Hair: BROWN   Eye: HAZEL
Scars, marks, tattoos: None
FBI No: 480976JC8   SSA No:   - -   SID No: 22864534

Names:

REPP, DENNIS W.   (ALIAS)

| Crime | County |
|---|---|
| ASSAULT, OTHER | COWLITZ |
| ROBBERY 1 | COWLITZ |
| THEFT 2 | COWLITZ |

RX 4,5176

14503

## DEPARTMENT OF CORRECTIONS
## TELEPHONE INCIDENT REPORT

STATE OF WASHINGTON



**TIR NUMBER # A-04-10-76**

| INCIDENT ASLT I/M WO-WP W-HSP | ON FURLOUGH ☐YES ☒NO | NAMES OF INDIVIDUALS INVOLVED I/M Hahn, Aaron #332715 | • C/O Geams, Kenneth ✓ |
|---|---|---|---|
| INSTITUTION/W/T RELEASE FACILITY/PROBATION/PAROLE Washington State Penitentiary | | I/M Repp, Dennis #338561 | • C/O Davis, Dustin ✓ |
| PLACE/AREA OCCURRED WC Education Dept. | DATE 04/26/10   TIME 2036 | RN Placido, Jabagat ✓ Sgt. Smith, Dereesa ✓ | • C/O Arevalo, Antonio ✓ |
| STAFF REPORTING Lt. Patrick McKeown #7156  St. Patrick McKeown #7156 | | RN Hawkins, Ken ✓ Librarian Baker, Jean ✓ | • C/O Hall, Tyler ✓ |
| DATE RECEIVED 04/26/10 | TIME RECEIVED 2105 | RECEIVED BY D.O. Kucza, Mark | |

### DESCRIPTION OF INCIDENT AND CIRCUMSTANCES
### (include action taken to avoid recurrence of incident)

Additional staff involved in the incident: RN Hawkins, Ken, RN Placido, Jabagat,.
On 04/26/10 at approximately 2036 a fight was called by institution radio in the Education Dept Library.  Librarian Baker observed the fight and hit the emergency button alarming correctional staff of the incident. As Education officers and QRST arrived it was observed that I/M Repp was on top of I/M Hahn striking him numerous times to the upper torso area. Force was used to place I/M Repp on the floor and then restraints were placed on him. I/M Repp was escorted to the shift holding cell. 911 was called due to the injuries observed to the face of I/M Hahn. RN Hawkins responded to the scene to assess the situation. It was determined to transport I/M Hahn to the Exam room in Echo Unit. The provider LPN Neisneer, S responded to Echo Unit and treated I/M Hahn with numerous stitches to the wound on his nose. I&I Chief Investigator Rob Jackson was notified. The crime scene was preserved pending its release by Rob Jackson. Crime Scene released at 2130. RN Jabagat assessed I/M Repp and notes small cut and scratches to the knuckles to both hands. RN Hawkins assessed I/M Hahn and notes numerous bruises and cuts to the face and head area. I/M Hahn was interviewed by I&I Jackson. I/M Repp was interviewed by Lt. McKeown and I&I Jackson I/M Repp stated that the dude was talking about his mother in a wheel chair, that's why he did what he did. Video was reviewed by I&I Jackson and Lt. McKeown, it clearly shows I/M Repp watch I/M Hahn until it was observed that I/M Repp walked up to I/M Hahn who was unexpecting anything and blindsided him with a close fist punch to the face and then continued the assault with numerous punches and kicks until responding staff separated them. Note: at no time did I/M Hahn fight back in any manner.  Both placed on Administrative Segregation, I/M Repp for Aggravated Assault on another I/M and I/M Hahn for Housing Review. Blood and Body Fluids cleaned up per policy. Video, photos and all documentation forwarded up the chain of command for review.

| OTHER AGENCIES CONTACTED (LAW ENFORCEMENT, FIRE DEPT., HOSPTIAL, ETC.) None | | DATE | TIME |
|---|---|---|---|
| INJURIES (NAMES) I/M Hahn | | | |
| HOSPITALIZED ☐YES ☒NO | IF YES, WHERE | PROPERTY DAMAGE ☐YES ☒NO | IF YES, ESTIMATE COST $ |

IF THERE ARE CURCUMSTANCES WARRENTING INVESTIGATIVE FOLLOW UP, SPECIFY ON SEPARATE SHEET.
CC:  SECRETARY, DEPUTY SECRETARY, DIVISION DIRECTOR, INFORMATION OFFICER, SPECIAL INVESTIGATIONS, PAROLE BOARD.
DATE/TIME CALLED ANY OF THE ABOVE: _____

DOC 16-088A - (8/93)

Exhibit 8

 **STATE OF WASHINGTON**
**DEPARTMENT OF CORRECTIONS**

**SEGREGATION AUTHORIZATION**

| Offender's Name<br>Hahn, Aaron | DOC Number<br>332715 | Facility<br>WSP-WC | Date Placed in Segregation<br>04/26/10 |
|---|---|---|---|

## Section I

**REASON FOR PLACEMENT:**

- ☒ THREAT TO OTHERS/SELF/SECURITY
- ☐ OWN REQUEST
- ☒ INFRACTION SUBMITTED
- ☐ SUMMARY OF CONFIDENTIAL INFORMATION
- ☐ OTHER (Explain)

**SPECIAL INSTRUCTIONS:**

- ☐ SPECIAL DIET
- ☐ MEDICATIONS (List Rx)
- ☐ OTHER (Explain)

Sgt. Dereesa Smith
Requesting Staff Member

Lt. Patrick McKeown #7156
Signature of Authorizing Lieutenant/Correctional Unit Supervisor

## SPECIFIC REASONS FOR PLACEMENT AND RECOMMENDATION TO SUPERINTENDENT

At approximately  2036  ☐ a.m. ☒ p.m. on  04/26/10  offender  Hahn  was placed in ☒ Administrative

Segregation pursuant to WAC 137-32-005 and/or was placed in ☐ Pre-Hearing Confinement per WAC 137-28-280 due to infraction(s).

Details for reason(s) for placement are as follows:
I/M Hahn was assaulted numerous times with close fist punches and kicks. This incident took place in the WC Education Dept. Library.

Reviewed and Approved By: (Superintendent/Designee)  Date

C/O Gearns/C/O Hall, T.
Escorting Staff

## Section II

**NEXT ACTION DUE BY:**
Date:

**NOTIFICATION OF INITIAL REVIEW:** Serve DOC 05-797 now
Time:      Date:

Offender's Signature  Date

Signature of Serving/Reporting Staff  Date

Offender Refuses to Sign–Witness Signature  Date

*The contents of this document may be eligible for public disclosure. Social Security Numbers are considered confidential information and will be redacted in the event of such a request. This form is governed by Executive Order 00-03, RCW 42.56, and RCW 40.14.*

Distribution:   **Original**- Central File       **COPY** - Hearing Office, Seg Unit Supervisor, Superintendent, Offender

DOC 17-075 (Rev. 03/13/08)

DOC 320.200, DOC 460.000

*exhibit  8*

  **STATE OF WASHINGTON**
**DEPARTMENT OF CORRECTIONS**                    **ADMINISTRATIVE SEGREGATION REFERRAL**

| INMATE NAME | DOC NUMBER | FACILITY | DATE |
|---|---|---|---|
| I/M Repp, Dennis | 338561 | WSP WC | 04/26/10 |

| REASON FOR SEGREGATION | DATE PLACED IN SEGREGATION |
|---|---|
| Aggravated Assault on an other offender | 04/26/10 |

**INSTRUCTIONS:** Be as specific as possible.  Include: **1)** Why inmate was placed in segregation, **2)** Incidents leading to segregation, **3)** Individuals involved, and **4)** Where incidents occurred.

(Each attachment should be stamped ☐ **DISCLOSABLE** or ☐ **NON-DISCLOSABLE**.)

On 04/26/10 at approximately 2036 I/M Repp #338561 was observed by Library staff and review of video assault I/M Hahn #332715. It was observed that I/M Repp blindsided I/M Hahn by striking him with a close fist punch to the face and then continue numerous punches and kicks until staff were able to separate them.

| SUBMITTED BY | POSITION | DATE |
|---|---|---|
| Lt. Patrick McKeown #7156 | Shift Lt. | 04/26/10 |

**INSTRUCTIONS for ADMINISTRATIVE SEGREGATION REFERRAL – DOC 05-101**

**INMATE NAME, DOC NUMBER, ETC.:**
    Enter inmate name, DOC #, facility and date.

Distribution: **WHITE-** Ad Seg Hearings Officer   **YELLOW-** Superintendent  **PINK-**Central File  **GOLDENROD-**Offender

DOC 05-101 FRONT (01/19/06) POL                                                    DOC 320.200

Exhibit 8

 STATE OF WASHINGTON
DEPARTMENT OF CORRECTIONS

**ADMINISTRATIVE SEGREGATION REFERRAL**

| INMATE NAME | DOC NUMBER | FACILITY | DATE |
|---|---|---|---|
| I/M Hahn, Aaron | 332715 | WSP WC | 04/26/10 |

| REASON FOR SEGREGATION | DATE PLACED IN SEGREGATION |
|---|---|
| P-Concerns / Housing Review | 04/26/10 |

**INSTRUCTIONS:** Be as specific as possible. Include: 1) Why inmate was placed in segregation, 2) Incidents leading to segregation, 3) Individuals involved, and 4) Where incidents occurred.

(Each attachment should be stamped ☐ **DISCLOSABLE** or ☐ **NON-DISCLOSABLE.**)

On 04/26/10 at approximately 2036 I/M Repp #338561 was observed by Library staff and review of video assault I/M Hahn #332715. It was observed that I/M Repp blindsided I/M Hahn by striking him with a close fist punch to the face and then continue numerous punches and kicks until staff were able to separate them.

| SUBMITTED BY | POSITION | DATE |
|---|---|---|
| Lt. Patrick McKeown #7156 | Shift Lt. | 04/26/10 |

**INSTRUCTIONS for ADMINISTRATIVE SEGREGATION REFERRAL - DOC 05-101**

**INMATE NAME, DOC NUMBER, ETC.:**
    Enter inmate name, DOC #, facility and date.

Distribution: **WHITE- Ad Seg Hearings Officer   YELLOW-** Superintendent  **PINK-**Central File  **GOLDENROD-**Offender

DOC 05-101 FRONT (01/19/08) POL

DOC 320.200

EXHIBIT B 18

**DOC** STATE OF WASHINGTON
DEPARTMENT OF CORRECTIONS

## AD SEG/IMU REVIEW NOTICE/APPEARANCE WAIVER

| OFFENDER NAME<br>Hahn, Aaron | DOC NUMBER<br>332715 | FACILITY<br>WSP-West<br>Complex | DATE<br>04/26/10 |
|---|---|---|---|

HEARING SCHEDULED FOR:      DATE 2 buisness days LOCATION Hearing Office TIME ON Call

REASON FOR HEARING (INCLUDE ALL ALLEGATIONS OF MISCONDUCT AND ANY CRIMINAL CHARGES PENDING IF APPROPRIATE)

I/M Hahn # 332715 was assaulted by I/M Repp #338581. At no time did I/M Hahn fight back.

INTERPRETER NAME/DATE

☐ I HAVE BEEN PROVIDED A CERTIFIED SIGN LANGUAGE INTERPRETER
☐ I HAVE BEEN PROVIDED WITH A SPANISH TRANSLATION OF THE CHARGES AGAINST ME ON
SE ME HA DADO UNA TRADUCCION AL ESPANOL DE LOS CARGOS EN ME CONTRA EL DIA

_____ AT _____   _____
DATE/FETCHA            TIME/HORA       OFFENDER SIGNATURE/FIRMA DE OFENSOR

**OFFENDER RIGHTS:**

☒ YOU HAVE THE RIGHT TO REMAIN SILENT AT THE HEARING. IF YOU CHOOSE TO REMAIN SILENT, YOUR SILENCE MAY BE USED AGAINST YOU AND THE DECISION WILL BE BASED ON THE EVIDENCE PRESENTED.

☒ YOU MAY WAIVE YOUR APPEARANCE AT THE HEARING.

☒ YOU DO NOT HAVE A RIGHT TO CROSS EXAMINE WITNESSES, HAVE THE INFRACTING STAFF PRESENT AT THE HEARING, OR HAVE A POLYGRAPH OR OTHER SUPPLEMENTAL TESTS.

☒ YOU MAY REQUEST WRITTEN WITNESS STATEMENTS:  (List Witnesses Below)

| STAFF NAME | POSITION | OFFENDER NAME | DOC NUMBER |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

☒ CRIMINAL CHARGES MAY BE PENDING.  ANYTHING YOU SAY HENCEFORTH MAY BE USED AGAINST YOU IN A COURT OF LAW

STATUS OF CRIMINAL CHARGES:  ☐ NONE  ☐ UNKNOWN  ☒ PENDING IN _____
COUNTY            CHARGES

☒ YOU HAVE THE RIGHT TO REVIEW ALL RELATED REPORTS AND A SUMMARY OF ANY CONFIDENTIAL INFORMATION.

☒ YOU MAY REQUEST A STAFF ADVISOR (If approved by the Hearing Officer).   ☐ REQUESTED  ☐ WAIVED

☒ YOU MAY REQUEST AN INTERPRETER (If unable to speak and/or understand the English language).  ☐ REQUESTED  ☐ WAIVED

☒ YOU MAY REQUEST A CERTIFIED SIGN LANGUAGE INTERPRETER IF YOU ARE HEARING IMPAIRED.   ☐ REQUESTED  ☐ WAIVED

☒ YOU MAY APPEAL THE DECISION AND/OR SANCTIONS TO THE FACILITY SUPERINTENDENT/DESIGNEE.

☒ YOU MAY BE PRESENT AT ALL STAGES OF THE MEETING EXCEPT DURING DISCUSSION INVOLVING INFORMATION FROM CONFIDENTIAL SOURCES.

☐ I, _____, NUMBER _____ WAIVE MY RIGHT TO THE REQUIRED 48 HOURS NOTICE PRIOR TO BEING SEEN BY THE (CLASSIFICATION/ADMINISTRATIVE SEGREGATION) HEARING OFFICE AND AUTHORIZE THE HEARING OFFICER TO MAKE A DISPOSITION REGARDING THE INFORMATION AND EVIDENCE PRESENTED TO THE HEARING OFFICER AS PERTAINS TO MY PARTICULAR SITUATION.

☐ I _____, NUMBER _____ WAIVE MY RIGHT TO ATTEND THIS SCHEDULED HEARING. I UNDERSTAND THAT THE HEARING WILL BE HELD IN MY ABSENCE.

COPY OF THIS FORM AND INFRACTION, WITH ANY ATTACHMENTS, RECEIVED.

_____ _____ _____     _____ _____ _____
OFFENDER/WITNESS SIGNATURE   DATE   TIME      STAFF SIGNATURE   DATE   TIME

Distribution:  **ORIGINAL-** Central File  **COPY-** Hearing Officer,  Offender
DOC 05-797 (Rev. 02/14/08)                                         DOC 320.200



**STATE OF WASHINGTON**
**DEPARTMENT OF CORRECTIONS**

# AD SEG/IMU REVIEW NOTICE/APPEARANCE WAIVER

| OFFENDER NAME Repp, Dennis | | DOC NUMBER 338561 | FACILITY WSP-West Complex | DATE 04/26/10 |
|---|---|---|---|---|
| HEARING SCHEDULED FOR: | DATE 2 buisness days | LOCATION Hearing Office | TIME ON Call | |

REASON FOR HEARING (INCLUDE ALL ALLEGATIONS OF MISCONDUCT AND ANY CRIMINAL CHARGES PENDING IF APPROPRIATE)

I/M Repp #338561 assaulted I/M Hahn #332715 with close fist punches, at no time did I/M Hahn fight back.

|  | ☐ | *I HAVE BEEN PROVIDED A CERTIFIED SIGN LANGUAGE INTERPRETER* |
|---|---|---|
| INTERPRETER NAME/DATE | ☐ | *I HAVE BEEN PROVIDED WITH A SPANISH TRANSLATION OF THE CHARGES AGAINST ME ON SE ME HA DADO UNA TRADUCCION AL ESPANOL DE LOS CARGOS EN ME CONTRA EL DIA* |

DATE/FETCHA      AT    TIME/HORA       OFFENDER SIGNATURE/FIRMA DE OFENSOR

**OFFENDER RIGHTS:**

☒ YOU HAVE THE RIGHT TO REMAIN SILENT AT THE HEARING, IF YOU CHOOSE TO REMAIN SILENT, YOUR SILENCE MAY BE USED AGAINST YOU AND THE DECISION WILL BE BASED ON THE EVIDENCE PRESENTED.

☒ YOU MAY WAIVE YOUR APPEARANCE AT THE HEARING.

☒ YOU DO NOT HAVE A RIGHT TO CROSS EXAMINE WITNESSES, HAVE THE INFRACTING STAFF PRESENT AT THE HEARING, OR HAVE A POLYGRAPH OR OTHER SUPPLEMENTAL TESTS.

☒ YOU MAY REQUEST WRITTEN WITNESS STATEMENTS:  (List Witnesses Below)

| STAFF NAME | POSITION | OFFENDER NAME | DOC NUMBER |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

☒ CRIMINAL CHARGES MAY BE PENDING.  ANYTHING YOU SAY HENCEFORTH MAY BE USED AGAINST YOU IN A COURT OF LAW

STATUS OF CRIMINAL CHARGES: ☐ NONE  ☐ UNKNOWN  ☐ PENDING IN _____ COUNTY _____ CHARGES

☒ YOU HAVE THE RIGHT TO REVIEW ALL RELATED REPORTS AND A SUMMARY OF ANY CONFIDENTIAL INFORMATION.

☒ YOU MAY REQUEST A STAFF ADVISOR (If approved by the Hearing Officer).      ☐ REQUESTED  ☐ WAIVED

☒ YOU MAY REQUEST AN INTERPRETER (If unable to speak and/or understand the English language).   ☐ REQUESTED  ☐ WAIVED

☒ YOU MAY REQUEST A CERTIFIED SIGN LANGUAGE INTERPRETER IF YOU ARE HEARING IMPAIRED.   ☐ REQUESTED  ☐ WAIVED

☒ YOU MAY APPEAL THE DECISION AND/OR SANCTIONS TO THE FACILITY SUPERINTENDENT/DESIGNEE.

☒ YOU MAY BE PRESENT AT ALL STAGES OF THE MEETING EXCEPT DURING DISCUSSION INVOLVING INFORMATION FROM CONFIDENTIAL SOURCES.

☐ I, _____, NUMBER _____ WAIVE MY RIGHT TO THE REQUIRED 48 HOURS NOTICE PRIOR TO BEING SEEN BY THE (CLASSIFICATION/ADMINISTRATIVE SEGREGATION) HEARING OFFICE AND AUTHORIZE THE HEARING OFFICER TO MAKE A DISPOSITION REGARDING THE INFORMATION AND EVIDENCE PRESENTED TO THE HEARING OFFICER AS PERTAINS TO MY PARTICULAR SITUATION.

☐ I, _____, NUMBER _____ WAIVE MY RIGHT TO ATTEND THIS SCHEDULED HEARING.  I UNDERSTAND THAT THE HEARING WILL BE HELD IN MY ABSENCE.

*COPY OF THIS FORM AND INFRACTION, WITH ANY ATTACHMENTS, RECEIVED.*

OFFENDER/WITNESS SIGNATURE    DATE    TIME          STAFF SIGNATURE    DATE    TIME

Distribution: **ORIGINAL** - Central File  **COPY** - Hearing Officer, Offender
DOC 05-797 (Rev. 02/14/08)                                    DOC 320.200

PDU-25024 1st Install     000029

ex 4. B, 18

| MISCELLANEOUS | | | | |
|---|---|---|---|---|
| Reported to the Superintendent/Facility Duty Officer | ☒ Yes ☐ No | Date 04/26/10 | Time 2105 | ☐ A.M. ☒ P.M. |
| Reported to Appropriate Deputy Secretary /HQ Duty Officer | ☒ Yes ☐ No | Date 04/26/10 | Time 2105 | ☐ A.M. ☒ P.M. |
| Photographs Taken | ☒ Yes ☐ No | Photographer's Name C/O Hall | | |
| Video Records | ☒ Yes ☐ No | Camera Operator's Name Facility System | Reason Not Recorded | |
| Property Damage | ☐ Yes ☒ No | Description | | |
| Law Enforcement Notified | ☐ Yes ☒ No | Date | Time ☐ A.M. ☐ P.M. | Name |

### PREVENTATIVE AND/OR CORRECTIVE ACTIONS NEEDED

### AUTHORIZING SIGNATURES

☒ I have reviewed the actions of staff involved and find that they have acted in accordance with departmental policy, rules and regulations.

☐ I do not concur with actions of those employees and I recommend that an investigation of the incident be initiated.

Shift Commander/CUS Signature: _H. Patrick MK_ 7456   Date 4/26/10

Comments

☒ I have reviewed the actions of staff involved and find that they have acted in accordance with departmental policy, rules and regulations.

☐ I do not concur with actions of those employees and I recommend that an investigation of the incident be initiated.

Correctional Captain/CPM: _RAD—_   Date 4-27-10

Comments

☒ I have reviewed the actions of staff involved and find that they have acted in accordance with departmental policy, rules and regulations.

☐ I do not concur with actions of those employees and I recommend that an investigation of the incident be initiated.

Associate Superintendent: _____   Date 4/29/10

Comments

2

DOC 21-424 (Rev. 03/07/08)

DOC 410.200, DOC 410.210, DOC 420.255, DOC 630.540
ACA 4-4405

exhibit 8

☑ I have reviewed the actions of staff involved and find that they have acted in accordance with departmental policy, rules and regulations.

☐ I do not concur with actions of those employees and I recommend that an investigation of the incident be initiated.

☐ The following procedural and/or physical plant corrective action shall be taken:

Superintendent                                                Date  5/24/10

The contents of this document may be eligible for public disclosure.  Social Security Numbers are considered confidential Information and will be redacted in the event of such a request.  This form is governed by executive Order 0-03, RCW 42.56, and RCW 40.14.

3

DOC 21-424 (Rev. 03/07/08)                         DOC 410.200,  DOC 410.210,  DOC 420.255,  DOC 630.540
                                                                                                ACA 4-4405

PDU-25024 1st Install      000032

E xhibit 8.



Department of
# Corrections
WASHINGTON STATE

**INCIDENT REPORT**

☐ Confidential

| Date/Time of Incident | Offenders Involved | DOC Number | Living Unit |
|---|---|---|---|
| 4/26/2010 2036 | REPP | 338561 | |
| | HAHN | 332715 | |

| Location | Witnesses |
|---|---|
| WC Library | Jean Baker |

Use of Force Incident?  ☐ Yes    ☐ No

**DETAILS:** Who was involved, what took place, how did it happen, description of any injuries, damage, use of force, etc. Attach additional sheet, if necessary.

I was standing behind the counter shutting off the computer when I saw two offenders fighting.   I did not identify the inmates at the time but after they were restrained I realized that one of the inmates was a library worker.  He was bleeding from his face.

**Immediate Action Taken:**

As the fight continued I went to the library office and pushed the emergency button on the wall.  Officers were in the library immediately.

| *Jean Baker* | 4-26-2010 | Librarian | Jean M. Baker |
|---|---|---|---|
| Staff Signature | Date | Title | Staff Name (Please Print) |

### TO BE COMPLETED BY CHIEF INVESTIGATOR

| Date/Time Received | | Incident Number |
|---|---|---|
| Investigation Assigned To | By | Date |

Distribution:   **WHITE** - Chief Investigator   **CANARY** - Executive Team Member   **PINK** - Originator   *GOLDENROD – Immediate Supervisor*
DOC 21-917 (Rev. 02/02/10)          DOC 390.350, DOC 420.250, DOC 420.360, DOC 420.500, DOC 490.800, DOC 490.850, DOC 620.200

PDU-25024 1st Install      000033

e x l, i, 3, r 8.



**STATE OF WASHINGTON**
**DEPARTMENT OF CORRECTIONS**

**INCIDENT REPORT**

☐ Confidential

| DATE/TIME OF INCIDENT | OFFENDERS INVOLVED | DOC NUMBER | LIVING UNIT |
|---|---|---|---|
| 4-26-10 approx 2036 | Repp, Dennis | 338561 | D-Unit |
| | Hahn, Aaron | 332715 | D-Unit |

| LOCATION | WITNESSES |
|---|---|
| WC Library | |

USE OF FORCE INCIDENT? ☐ YES ☒ NO

**DETAILS:** Who was involved, what took place, how did it happen, description of any injuries, damage, use of force, etc. Attach additional sheet, if necessary.

On April 26, 2010 at approximately 2036, I C/O Gearns 7510 responded to a fight called in West Complex Library. When I arrived both inmates were restrained and on the ground. I helped anther officer escort I/M Dennis Reep DOC #338561 from the Library to West Complex Shift Office Holding Cell #1. I then returned to the Library and helped escort I/M Aaron Hahn DOC #332715 from the Library to E-Unit Nurses Station. After I/M Hahn was attended to by medical personell, I helped escort him to West Complex Shift Office Holding Cell #3. My involvement ended at this point in time.

**IMMEDIATE ACTION TAKEN:**

| STAFF SIGNATURE | DATE | TITLE | STAFF NAME (Please Print) |
|---|---|---|---|
| C/O KE Gearns 7510 | 4-26-10 | C/O | K.E. Gearns |

**TO BE COMPLETED BY CHIEF INVESTIGATOR**

| DATE/TIME RECEIVED | | INCIDENT NUMBER |
|---|---|---|
| | | |

| INVESTIGATION ASSIGNED TO | BY | DATE |
|---|---|---|
| | | |

*The contents of this document may be eligible for public disclosure. Social Security Numbers are considered confidential information and will be redacted in the event of such a request. This form is governed by Executive Order 00-03, RCW 42.56, and RCW 40.14.*

**Distribution:**   WHITE - Chief Investigator   CANARY - Executive Team Member   PINK - Originator   GOLDENROD – Immediate Supervisor
DOC 21-917 (Rev. 2/07/07)

exhibit 8

 **STATE OF WASHINGTON**
**DEPARTMENT OF CORRECTIONS**

**INCIDENT REPORT**

☐ Confidential

| Date/Time of Incident | Offenders Involved | DOC Number | Living Unit |
|---|---|---|---|
| 4/26/2010 | Repp, Dennis | 338561 | |

| Location | Witnesses |
|---|---|
| WC Library | C/O Arevalo, T # |

Use of Force Incident? ☒ Yes — ☐ No

**DETAILS:** Who was involved, what took place, how did it happen, description of any injuries, damage, use of force, etc. Attach additional sheet, if necessary.

On 4/26/2010 I C/O Dustin Davis# 7638 Heard a fight called over the radio in the West Complex Library. I responded and when I arrived on scene I observed I/M Hahn, arron # 332715 on his knees taking several closed fist punches to the face. I ordered I/M Repp, Dennis # 338561 to stop his actions at this time I placed both hands on I/M Repp upper body and pushed him to the floor. At this time I assisted in placeing wrist restraints on I/M Repp. I then Escorted I/M Hahn from the library to echo unit for medical treatment. nothing further to report.

Immediate Action Taken:

| Staff Signature | 7638 | 4/26/10 | C/O 2 | Dustin Davis # 7638 |
|---|---|---|---|---|
| Staff Signature | | Date | Title | Staff Name (Please Print) |

### TO BE COMPLETED BY CHIEF INVESTIGATOR

| Date/Time Received | | Incident Number |
|---|---|---|
| Investigation Assigned To | By | Date |

The contents of this document may be eligible for public disclosure. Social Security Numbers are considered confidential information and will be redacted in the event of such a request. This form is governed by Executive Order 00-03, RCW 42.56, and RCW 40.14.

Distribution:   WHITE - Chief Investigator   CANARY - Executive Team Member   PINK - Originator   GOLDENROD – Immediate Supervisor
DOC 21-917 (Rev. 3/20/09)            DOC 390.350, DOC 420.250, DOC 420.360, DOC 490.800, DOC 620.200

PDU-25024 1st Install     000035

Exhibit 8

 Department of
## Corrections
WASHINGTON STATE

### INCIDENT REPORT

☐ Confidential

| Date/Time of Incident | Offenders Involved | DOC Number | Living Unit |
|---|---|---|---|
| 4/26/10  2036 hrs | Hahn,Arron | 332715 | DE-213 |
| | Repp,Dennis | 338561 | DW110 |

| Location | Witnesses |
|---|---|
| W/C Library | |

Use of Force Incident? ☐ Yes   ☒ No

**DETAILS:** Who was involved, what took place, how did it happen, description of any injuries, damage, use of force, etc. Attach additional sheet, if necessary.

On 4/26/10 approx. 2036 hrs I c/o Arevalo,Antonio 7606 responded to a fight in the Education library. I saw inmate Repp,Dennis 338561 throwing and landing close fist punches to inmate Hahn,Arron 332715 face. I directed them to stop fighting. I assisted in restraining inmate Repp,Dennis while on the ground and then placed wrist restraints on him.

Immediate Action Taken:

| Staff Signature | Date | Title | Staff Name (Please Print) |
|---|---|---|---|
| C/An 7606 | 4/26/10 | C/o 2 | Arevalo,antonio 7606 |

### TO BE COMPLETED BY CHIEF INVESTIGATOR

| Date/Time Received | Incident Number |
|---|---|
| | |

| Investigation Assigned To | By | Date |
|---|---|---|
| | | |

Distribution:   WHITE - Chief Investigator   CANARY - Executive Team Member   PINK - Originator   GOLDENROD – Immediate Supervisor
DOC 21-917 (Rev. 02/02/10)          DOC 390.350; DOC 420.250, DOC 420.360, DOC 420.500, DOC 490.800, DOC 490.850, DOC 620.200

exhibit 8



**STATE OF WASHINGTON
DEPARTMENT OF CORRECTIONS**

**INCIDENT REPORT**

☐ Confidential

| DATE/TIME OF INCIDENT | OFFENDERS INVOLVED | DOC NUMBER | LIVING UNIT |
|---|---|---|---|
| 04-26-2010/2036 HRS | Repp, Dennis | 338561 | Dog Unit |
| | Hahn, Aaron | 332715 | Dog Unit |

| LOCATION | WITNESSES |
|---|---|
| W/C Education Area | |

USE OF FORCE INCIDENT? ☐ YES ☐ NO

**DETAILS:** Who was involved, what took place, how did it happen, description of any injuries, damage, use of force, etc. Attach additional sheet, if necessary.

On 04-26-2010 at approx 2036 HRS I C/O Hall, T. # 7411 responded to a fight in the education area. When I arrived I placed restraints on inmate Hahn. I was then relived of the escort from another staff member. Nothing further to report.

IMMEDIATE ACTION TAKEN:

| STAFF SIGNATURE | DATE | TITLE | STAFF NAME (Please Print) |
|---|---|---|---|
| | 04-26-2010 | C/O | T. HALL # 7411 |

**TO BE COMPLETED BY CHIEF INVESTIGATOR**

| DATE/TIME RECEIVED | | INCIDENT NUMBER |
|---|---|---|
| | | |

| INVESTIGATION ASSIGNED TO | BY | DATE |
|---|---|---|
| | | |

*The contents of this document may be eligible for public disclosure. Social Security Numbers are considered confidential information and will be redacted in the event of such a request. This form is governed by Executive Order 00-03, RCW 42.56, and RCW 40.14.*

**Distribution:   WHITE** - Chief Investigator   **CANARY** - Executive Team Member   PINK - Originator   **GOLDENROD** -- Immediate Supervisor
DOC 21-917 (Rev. 2/07/07)

ex 9.3. #8



STATE OF WASHINGTON
DEPARTMENT OF CORRECTIONS

**INCIDENT REPORT**

☐ Confidential

| Date/Time of Incident | Offenders Involved | DOC Number | Living Unit |
|---|---|---|---|
| 04/26/10 2036 | Repp, Dennis | 338561 | |
| Location<br>W/C Library | Witnesses | | |

Use of Force Incident? ☐ Yes   ☐ No

**DETAILS:** Who was involved, what took place, how did it happen, description of any injuries, damage, use of force, etc. Attach additional sheet, if necessary.

On 04/26/10 I Sgt. D Smith responded to a fight in the W/C Library and escorted I/M Repp # 338561 from the W/C library to the W/C Shift holding cell.

Immediate Action Taken:

Sgt D Smith 7294  04/26/10   Sgt.   Sgt. D. Smith
Staff Signature         Date      Title    Staff Name (Please Print)

**TO BE COMPLETED BY CHIEF INVESTIGATOR**

| Date/Time Received | | Incident Number |
|---|---|---|
| Investigation Assigned To | By | Date |

*The contents of this document may be eligible for public disclosure. Social Security Numbers are considered confidential information and will be redacted in the event of such a request. This form is governed by Executive Order 00-03, RCW 42.56, and RCW 40.14.*

**Distribution:**   WHITE - Chief Investigator   CANARY - Executive Team Member   PINK - Originator   **GOLDENROD** – Immediate Supervisor
DOC 21-917 (Rev. 04/22/08)                                    DOC 390.350, DOC 420.250, DOC 420.360, DOC 490.800

PDU-25024 1st Install      000038

Exhibit 8

 **Department of**
**Corrections**
W A S H I N G T O N   S T A T E

**INCIDENT REPORT**

☐ Confidential

| Date/Time of Incident | Offenders Involved | DOC Number | Living Unit |
|---|---|---|---|
| April 26, 2010      2036 | REPP, DENNIS | 338561 | DELTA |

| Location | Witnesses |
|---|---|
| WSP | |

Use of Force Incident? ☐ Yes  ☒ No

**DETAILS:** Who was involved, what took place, how did it happen, description of any injuries, damage, use of force, etc. Attach additional sheet, if necessary.

On April 26, 2010 at approximately 2045hrs, I/M Repp DOC#338561 was seen at Shift Office holding cell for evaluation of injuries post altercation. Left middle finger has a small cut at the knuckle area and right hand knuckle has scratches at ring and pinkie fingers. No other visible injuries noted.

Immediate Action Taken:

| | | | |
|---|---|---|---|
| *[signature]* RN | April 26, 2010 | RN2 | PLACIDO JABAGAT |
| Staff Signature | Date | Title | Staff Name (Please Print) |

**TO BE COMPLETED BY CHIEF INVESTIGATOR**

| Date/Time Received | | Incident Number |
|---|---|---|
| Investigation Assigned To | By | Date |

The contents of this document may be eligible for public disclosure. Social Security Numbers are considered confidential information and will be redacted in the event of such a request. This form is governed by Executive Order 00-03, RCW 42.56, and RCW 40.14.

Distribution:   **WHITE** - Chief Investigator   **CANARY** - Executive Team Member   **PINK** - Originator   **GOLDENROD** – Immediate Supervisor
DOC 21-917 (Rev. 02/02/10)      DOC 390.350, DOC 420.250, DOC 420.360, DOC 420.500, DOC 490.800, DOC 490.850, DOC 620.200

**Scott, Tammy A. (DOC)**

| | |
|---|---|
| From: | Scott, Tammy A. (DOC) |
| Sent: | Friday, May 07, 2010 9:28 AM |
| To: | Sundberg, Steven D. (DOC); McKeown, Patrick K. (DOC) |
| Cc: | Pierce, Gary A. (DOC); Jurgensen, Kenneth J. (DOC) |
| Subject: | RE: Emailing: 5-11 338561 Repp |

There is an infraction---but it was sent back to the Reviewer (Lt. McKeown) on 4/27.  We exchanged emails on 4/30 and he said he would look for it in the shift office and his mailbox.....but I haven't received it back as of yet.

As soon as I do--I'll get it plugged in and scheduled.

Sorry I couldn't be of more help--but will send this on to the LT also--and maybe he has more information.

Tammy Scott , OA3 Hearings
Extension 5029 / Mailstop WS1
email options:
           tascott@doc1.wa.gov
or         tammy.scott@doc.wa.gov

-----Original Message-----
From: Sundberg, Steven D. (DOC)
Sent: Friday, May 07, 2010 9:08 AM
To: McKeown, Patrick K. (DOC); Scott, Tammy A. (DOC); Jurgensen, Kenneth J. (DOC)
Subject: Emailing: 5-11 338561 Repp


I don't see an infraction on this one?

1

**Scott, Tammy A. (DOC)**

| | |
|---|---|
| **From:** | McKeown, Patrick K. (DOC) |
| **Sent:** | Friday, April 30, 2010 9:19 PM |
| **To:** | Scott, Tammy A. (DOC) |
| **Subject:** | RE: Infraction Packet |

Thanks Tammy, I'll look for it either in my mailbox or in the shift Lt.'s office, thumb tacked to the bulletin board.   Pat.

**From:** Scott, Tammy A. (DOC)
**Sent:** Friday, April 30, 2010 7:18 AM
**To:** McKeown, Patrick K. (DOC)
**Subject:** Infraction Packet

I sent an infraction packet back to you earlier this week---When your finished with the notes that Capt. Piver put on it, could you sign the infraction packet and return it to me.

Have an awesome weekend—and thank you for your help!

*Tammy Scott , OA3 Hearings*
*Extension 5029 | Mailstop W51*
*email options:*
   **tascott@doc1.wa.gov**
**or**   **tammy.scott@doc.wa.gov**

1

Exhibit 4

```
DT86 2 332715                                              03/23/12 18.39.13
QNB IISB086M         MENTAL HEALTH CURRENT STATUS               PAGE 001
DOC#: 332715 NAME: HAHN, AARON M.   CNSLR:              ST: ACTIVE INMATE
LOC: WASH STATE PEN      BED: BC3011 MS: SPECIAL NEEDS  REL.DATE 07/18/2025
LAST PSYCH EVAL RPT: 03/21/2011 POS#: WSP5 ▓▓▓▓▓▓▓▓▓▓
        ▓▓▓ AXIS ▓▓ ▓▓▓ SCHIZOAFFECTIVE ▓▓▓▓▓ 05/11 POS#: WSP5 JACKS, RICHARD
        AXIS ▓▓ ▓▓ ▓▓ CANNABIS ABUSE ▓▓▓▓▓   05/11 POS#: WSP5 JACKS, RICHARD
        AXIS I:                                     POS#:
        ▓▓▓ AXIS ▓▓ ▓▓▓ PERSONALITY DISORDER UNS 05/10 POS#: WSPD CRISPIN JUGUIL
        ▓▓▓ SCORE ▓▓ ▓ DATE: 06/08/2010 POS#: 2990 ROE, THOMAS
        PULHES S-CODE: 4  DATE: 03/28/2011 POS#: OR48 UNKNOWN
        MH MEDS: NOW ON: Y YES USED IN PAST: Y YES DATE: 05/04/2010 POS#: WSPD CRISPI
        ACTIVE MH PLAN: Y YES  LOC: 1 HEALTH CARE  DATE: 05/04/2010 POS#: WSPD CRISPI
        MH HOLD SD:        ED:          STAFF:       CLOSE DATE:
        O.P.BATT: AFA=   MHN=   EVA=   SUI=   VIC=   VIO=   SUB=   DTE=
      **SCREENED?  INST: Y YES FIELD:      DATE: 03/10 SMI FLAG INST: Y FIELD:
      **INTERVIEW CONFIRMS SMI? INST: Y YES DATE: 05/10 POS#: WSPD CRISPIN JUGUILON
      **                FIELD: _    DATE: __/__ POS#:
      **REFERRED TO: 01 PSYCHIATRIST      DATE: 05/10 POS#: WSPD CRISPIN JUGUILON
                  CIVIL COMMIT? _       DATE: __/__ POS#: ____
      INFO NOTICE/PACKET SENT?:         DATE: __/__ POS#: ____
        (FOR NOTE ENTER "N"): ACTION: _  DATE: __/__ POS#: ____
                <ENTER> TO UPDATE
```

Exhibit 10



**Department of Corrections**
WASHINGTON STATE

LOG I.D. NUMBER

12525294

**OFFENDER COMPLAINT**

**CHECK ONE:** ☒ Initial Grievance  ☐ Emergency Grievance  ☐ Appeal to Next Level  ☐ Rewrite

**RESIDENTIAL FACILITIES:** Send completed form to the Grievance Coordinator. Explain what happened, when, where, and who was involved or which policy/procedure is being grieved. Be as brief as possible, but include the necessary facts. You may use only one complaint form. A formal grievance begins on the date the typed grievance forms are signed by the Coordinator. Contact staff to report an emergency situation or to initiate an emergency grievance. Please attempt to resolve all complaints through appropriate staff before initiating a grievance.

**NOTE:** Complaints must be filed within 20 working days of the incident. Appeals must be filed within 5 working days of receiving the response. Include log ID # on rewrite or response being appealed.

| Last Name | First | Middle | DOC Number | Facility/Office | Unit/Cell |
|---|---|---|---|---|---|
| Huyn | Aaron | M | 332715 | WSP | BC-301 |

**COMMUNITY SUPERVISION:** Send completed copies of this form directly to Grievance Program Manager, Offender Grievance Program, Department of Corrections, P.O. Box 41129, Olympia WA 98504-1129.

| MAILING ADDRESS - STREET OR P.O. BOX | CITY, STATE | ZIP CODE | TELEPHONE |
|---|---|---|---|

**I WANT TO GRIEVE:** In Feb 2010 I was placed in Delta unit. I spoke with Robert Martin at WCC and expressed my concerns about being placed in that Placement regardless of the safety issues I was still placed in there on April of 2010 I was assaulted in the W/C Library. I was then Placed in the hole for 60 days. I was injured because of the assault I feel DOC is at fault and this incident could've been Prevented if they would've listened to my concerns.

**SUGGESTED REMEDY:** To DOC to give give me more for vmal mental anguish and the injuries I suffered

Mandatory _____

Signature _____  Date 12/3/12

| **GRIEVANCE COORDINATOR'S RESPONSE** | Facility/Office WSP | Date Received 12-6-12 |
|---|---|---|
| Your complaint is being returned because: | | |

☒ It is not a grievable issue.
☐ You requested to withdraw the complaint.
☐ You failed to respond to callout (sheet) on _____
☐ Administratively Withdrawn
☐ The formal grievance/appeal paperwork is being prepared.

☐ The complaint was resolved informally.
☐ Additional information and/or rewriting needed.
(See below.) Return within 5 working days or by: _____
☐ No rewrite received
☐ Sent to _____ (facility) on _____ (date).

**EXPLANATION:** You are beyond timeframes, as this occurred almost 3 years ago.

| Coordinator's Name (print) | Coordinator's Signature  L. Young | Date 12/6/12 |
|---|---|---|

DOC-05-165 Front (Rev. 03/02/12)  ——————————  DOC-310.100, DOC-550.100

Exhibit B



**Department of Corrections**
WASHINGTON STATE

| LOG I.D. NUMBER |
| --- |
| 12525 294 |

**OFFENDER COMPLAINT**

**CHECK ONE:** ☐ Initial Grievance  ☐ Emergency Grievance  ☑ Appeal to Next Level  ☐ Rewrite

**RESIDENTIAL FACILITIES:** Send completed form to the Grievance Coordinator.  Explain <u>what happened</u>, <u>when</u>, <u>where</u>, and <u>who</u> was involved or which policy/procedure is being grieved.  Be as brief as possible, but include the necessary facts.  You may use only one complaint form.  A formal grievance begins on the date the typed grievance forms are signed by the Coordinator.  Contact staff to report an emergency situation or to initiate an emergency grievance.  Please attempt to resolve all complaints through appropriate staff before initiating a grievance.

**NOTE:** <u>Complaints</u> must be filed within <u>20 working days</u> of the incident.  <u>Appeals</u> must be filed within <u>5 working days</u> of receiving the response.  Include log ID # on rewrite or response being appealed.

| Last Name | First | Middle | DOC Number | Facility/Office | Unit/Cell |
| --- | --- | --- | --- | --- | --- |
| Hahn | Aaron | M | 332715 | WSP | BG 501 |

**COMMUNITY SUPERVISION:** Send completed copies of this form directly to: Grievance Program Manager, Offender Grievance Program, Department of Corrections, P.O. Box 41129, Olympia WA 98504-1129.

| MAILING ADDRESS: STREET OR P.O. BOX | CITY STATE | ZIP CODE | TELEPHONE |
| --- | --- | --- | --- |
| | | | |

**I WANT TO GRIEVE:** In Feb 2010. I was placed in DeHaunt. I spoke with Robert Martin at WCC and expressed my concerns about being sent to Walla Walla Main the, he sent me there anyway, regardless of the safety issues I opposed to him. In April of 2010, I was assaulted by another inmate in the WCC library. I was then taken to seg for 60 days. I was injured because of the assault. I feel DOC is at fault. This incident could've been prevented.

12525294 ← Log ID

**SUGGESTED REMEDY:**

Doc to pay for my mental anguish and injuries

Mandatory _____(Signature)_____   12/10/12
Signature                                        Date

| **GRIEVANCE COORDINATOR'S RESPONSE** | Facility/Office  WSP | Date Received 12-13-12 |
| --- | --- | --- |

Your complaint is being returned because:
☑ It is not a grievable issue.
☐ You requested to withdraw the complaint.
☐ You failed to respond to callout (sheet) on _____
☐ Administratively Withdrawn
☐ The formal grievance/appeal paperwork is being prepared.

☐ The complaint was resolved informally.
☐ Additional information and/or rewriting needed.
(See below.) Return within 5 working days or by: _____
☐ No rewrite received _____
☐ Sent to _____ (facility) on _____ (date).

**EXPLANATION:** The 'Not Grievable' decision stands. you may request a formal review by the GPM if you wish!

| Coordinator's Name (print) | Coordinator's Signature  L. Young | Date 12/13/12 |
| --- | --- | --- |

DOC 05-165 Front (Rev. 03/02/12)                    DOC 310.100, DOC 550.100

  
Exhibit 12


Department of
**Corrections**
WASHINGTON STATE

| LOG I.D. NUMBER |
|---|
| 13532397 |

**OFFENDER COMPLAINT**

CHECK ONE: ☑ Initial Grievance   ☐ Emergency Grievance   ☐ Appeal to Next Level   ☐ Rewrite

**RESIDENTIAL FACILITIES:** Send completed form to the Grievance Coordinator. Explain <u>what</u> happened, <u>when</u>, <u>where</u>, and <u>who</u> was involved or which policy/procedure is being grieved. Be as brief as possible, but include the necessary facts. You may use only one complaint form. A formal grievance begins on the date the typed grievance forms are signed by the Coordinator. Contact staff to report an emergency situation or to initiate an emergency grievance. Please attempt to resolve all complaints through appropriate staff before initiating a grievance.

**NOTE:** Complaints must be filed within <u>20 working days</u> of the incident. Appeals must be filed within <u>5 working days</u> of receiving the response. Include log ID # on rewrite or response being appealed.

| Last Name | First | Middle | DOC Number | Facility/Office | Unit/Cell |
|---|---|---|---|---|---|
| Hehn | Aaron | M | 332715 | WSP | BC301 |

**COMMUNITY SUPERVISION:** Send completed copies of this form directly to: Grievance Program Manager, Offender Grievance Program, Department of Corrections, P.O. Box 41129, Olympia WA 98504-1129.

| MAILING ADDRESS: STREET OR P.O. BOX | CITY, STATE | ZIP CODE | TELEPHONE |
|---|---|---|---|
| | | | |

I WANT TO GRIEVE: DOC ~~staff action~~ for not listening to my concerns about being placed in WSP main line, instead of someplace else, and not asking me any safety concerns while at Shelton when I first got to prison. I then later got assaulted.

SUGGESTED REMEDY: for DOC to except responsibility and give me compensation for my damages

Mandatory
Signature _[signed]_   Date 7/28/13

| GRIEVANCE COORDINATOR'S RESPONSE | Facility/Office WSP | Date Received 3/8/13 |
|---|---|---|
| Your complaint is being returned because: | ☐ The complaint was resolved informally. | |
| ☑ It is not a grievable issue. | ☐ Additional information and/or rewriting needed. | |
| ☐ You requested to withdraw the complaint. | (See below.) Return within 5 working days or by: _____ | |
| ☐ You failed to respond to callout (sheet) on _____ | ☐ No rewrite received | |
| ☐ Administratively Withdrawn _____ | ☐ Sent to _____ (facility) on _____ (date). | |
| ☐ The formal grievance/appeal paperwork is being prepared. | | |

EXPLANATION: You were transferred to WSP from WCC in 2010. Also, you already attempted to grieve this under #1252529. You were advised then that you are beyond timeframes to grieve this.

| Coordinator's Name (print) | Coordinator's Signature L. Young | Date 3/18/13 |
|---|---|---|

DOC 05-165 Front (Rev. 03/02/12)                    DOC 310.100, DOC 550.100

SK 3/18

Exhibit # V3



**Department of
Corrections**
WASHINGTON STATE

LOG I.D. NUMBER

13532397

**OFFENDER COMPLAINT**

**CHECK ONE:** ☐ Initial Grievance   ☐ Emergency Grievance   ☐ Appeal to Next Level   ☑ Rewrite

**RESIDENTIAL FACILITIES:** Send completed form to the Grievance Coordinator.  Explain what happened, when, where, and who was involved or which policy/procedure is being grieved.  Be as brief as possible, but include the necessary facts.  You may use only one complaint form.  A formal grievance begins on the date the typed grievance forms are signed by the Coordinator.  Contact staff to report an emergency situation or to initiate an emergency grievance.  Please attempt to resolve all complaints through appropriate staff before initiating a grievance.

**NOTE:**   Complaints must be filed within 20 working days of the incident.  Appeals must be filed within 5 working days of receiving the response.  Include log ID # on rewrite or response being appealed.

| Last Name | First | Middle | DOC Number | Facility/Office | Unit/Cell |
|-----------|-------|--------|------------|-----------------|-----------|
| Hann | Aaron | M | 332715 | WSP | BC 301 |

**COMMUNITY SUPERVISION:** Send completed copies of this form directly to: Grievance Program Manager, Offender Grievance Program, Department of Corrections, P.O. Box 41129, Olympia WA 98504-1129.

| MAILING ADDRESS: STREET OR P.O. BOX | CITY, STATE | ZIP CODE | TELEPHONE |
|---|---|---|---|
| | | | |

**I WANT TO GRIEVE:** DOC for not listening to my concerns about being placed in DOC Mainline, then eventually getting assaulted. I was never asked if I had any safety concerns originally but told WCC I did.

# 13532397

**SUGGESTED REMEDY:** For DOC to except responsibility and give me compensation for my damages

Mandatory _____   3/24/13
                  Signature                      Date

---

**GRIEVANCE COORDINATOR'S RESPONSE**

Your complaint is being returned because:
☑ It is not a grievable issue.
☐ You requested to withdraw the complaint.
☐ You failed to respond to callout (sheet) on _____
☐ Administratively Withdrawn
☐ The formal grievance/appeal paperwork is being prepared.

Facility/Office  WSP      Date Received 3/25/13

☐ The complaint was resolved informally.
☐ Additional information and/or rewriting needed. (See below.) Return within 5 working days or by: _____
☐ No rewrite received _____
☐ Sent to _____ (facility) on _____ (date).

**EXPLANATION:** The 'Not Grievable' decision will stand. You may request a formal review by the GPM if you wish.

| Coordinator's Name (print) | Coordinator's Signature  L. Young | Date 3/25/13 |
|---|---|---|

DOC 05-165 Front (Rev. 03/02/12)                                    DOC 310.100, DOC 550.100



Exhibit 13


Department of
**Corrections**
WASHINGTON STATE

**LOG I.D. NUMBER**

13532397

**OFFENDER COMPLAINT**

**CHECK ONE:** ☐ Initial   ☐ Emergency   ☑ Appeal   ☐ Rewrite

**RESIDENTIAL FACILITIES:** Send completed form to the Grievance Coordinator. Explain <u>what happened</u>, <u>when</u>, <u>where</u>, and <u>who</u> was involved or which policy/procedure is being grieved. Be as brief as possible, but include the necessary facts. Use only one complaint form. A formal grievance begins on the date the typed grievance forms are signed by the Coordinator. Contact a Department employee to report an emergency situation or to initiate an emergency complaint. Please attempt to resolve all complaints through the appropriate Department employee(s) before pursuing a grievance.

**NOTE:** Complaints must be filed within <u>20 working days</u> of the incident. Appeals must be filed within <u>5 working days</u> of receiving the response. Include log ID # on rewrite or response being appealed.                                          AC 301

| Last Name | First | Middle | DOC Number | Facility/Office | Unit/Cell |
|---|---|---|---|---|---|
| Hahn | Aaron | M | 332715 | WSP | B-301 |

**COMMUNITY SUPERVISION:** Send completed copies of this form directly to: Grievance Program Manager, Offender Grievance Program, Department of Corrections, P.O. Box 41129, Olympia WA 98504-1129.

| MAILING ADDRESS: STREET OR P.O. BOX | CITY, STATE | ZIP CODE | TELEPHONE |
|---|---|---|---|
| | | | |

**COMPLAINT:** WCC/DOC/Rob Martin for not listening to my concerns about being placed in WSP main line when I first got to WCC in 2009, then in 2010 at WSP main line getting assaulted.

13532397

**SUGGESTED REMEDY:**

Mandatory _____   3/27/13
                Signature              Date

---

**GRIEVANCE COORDINATOR'S RESPONSE**
Your complaint is being returned because:
☑ It is not a grievable issue.
☐ You requested to withdraw the complaint.
☐ You failed to respond to callout (sheet) on _____.
☐ Administratively Withdrawn _____
☐ The formal grievance/appeal paperwork is being prepared.

| Facility/Office | Date Received |
|---|---|
| WSP | 4-1-13 |

☐ The complaint was resolved informally.
☐ Additional information and/or rewriting needed. (See below.)
   Return within 5 working days or by: _____.
☐ No rewrite received _____.
☐ Sent to _____ (facility) on _____ (date).

**EXPLANATION:** This will be forwarded to the GPM for review.

| Coordinator's Name (print) | Coordinator's Signature | Date |
|---|---|---|
| | L. Young | 4/2/13 |

DOC 05-165 Front (Rev. 02/14/13)                          DOC 310.100, DOC 550.100

exhibit 19



W40

**OFFENDER'S KITE**

Department of
**Corrections**
WASHINGTON STATE

*PAPELETA DE PETICIÓN DEL INTERNO*

OFFENDER NAME (PRINT) *NOMBRE DEL INTERNO (LETRA DE MOLDE)*

Hahn

| DOC NUMBER/*NÚMERO DOC* | UNIT, CELL/*UNIDAD, CELDA* | DATE/*FECHA* |
|---|---|---|
| 352715 | HC-301 | 4/1/13 |

DESIRE INTERVIEW WITH OR ANSWER FROM/*DESEA ENTREVISTA CON O RESPUESTA DE*

Grievance Coordinator W/C Young

☐ Interpreter needed for_____ (language).
☐ *Necesito intérprete para_____ (idioma).*

**REASON/QUESTION**
*RAZÓN/PREGUNTA*

What is the status of my
level 3 grievance for L#13532397?

I have not recieved it yet.

SIGNATURE/*FIRMA*                          DAYS OFF/*DÍAS LIBRES*

**RESPONSE**
*RESPUESTA*

It was found 'Not Grievable' on 3/25/13
because you tried to raise this issue already
(under #12525294) last year and were told you
were beyond timeframes. You appealed the
decision on #13532397 on 3/27/13; it was
received on 4/1/13 and sent for review by
the GPM on 4/2/13. She will rule on it soon.

RESPONDER/*PERSONA QUE RESPONDE*            DATE/*FECHA*
C. Young                                    4/3/13

Distribution: **WHITE/YELLOW-**Responder, **YELLOW-**Return to Offender with Response, **PINK-**Offender keeps
*Distribución: BLANCA/AMARILLA-Persona que responde, AMARILLA-Devuelva al interno con respuesta,
ROSA-Interno*
DOC 21-473 E/S (Rev. 09/21/11)                          DOC 390.585, DOC 450.500

## DECLARATION

I, _Aaron Hahn_, declare that, on _1-10-14_, I

deposited the foregoing document(s),

_1983 with exhibits_

_____

or a copy thereof, in the internal mail system of Washington State Penitentiary and

made arrangements for postage, addressed to:

_US District Court_
_US Courthouse_
_1717 Pacific Ave RM 3100_
_Tacoma, Wa       98402_

I declare under penalty of perjury under the laws of the State of Washington

that the foregoing is true and correct.

Dated at Walla Walla, Washington on _to Jan 10-14_,

Signature and number: _____ 382715