UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| AARON HAHN, | CASE NO. 14-5047 RJB/TLF |
| Plaintiff, | ORDER REFERRING CASE |
| v. | |
| DOUG WADDINGTON, et al., | |
| Defendants. | |

This matter comes before the Court on the Mandate of the U.S. Court of Appeals for the Ninth Circuit. Dkt. 46. The Court has considered the Mandate and the remaining file.

In this civil rights case, Plaintiff alleges that Defendants were deliberately indifferent to his mental health when they sent him to the Washington State Penitentiary and failed to protect him from an inmate on inmate assault. Dkt. 19.

On June 5, 2017, the Ninth Circuit Court of Appeals reversed the decision of this Court adopting a Report and Recommendation which recommended dismissal of the case because the statute of limitations prevented consideration of the claims and Plaintiff made no showing that he was entitled to equitable tolling. Dkt. 32. The mandate was issued on June 27, 2017. Dkt. 46.

This case should be referred to U.S. Magistrate Judge Theresa L. Fricke for further proceedings.

It is **ORDERED** that:

- This case is **REFERRED** to U.S. Magistrate Judge Theresa L. Fricke for further proceedings.

The Clerk is directed to send uncertified copies of this Order to U.S. Magistrate Theresa L. Fricke, all counsel of record, and to any party appearing *pro se* at said party's last known address.

Dated this 10th day of June 2017.

*[signature]*

ROBERT J. BRYAN
United States District Judge