# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

AARON HAHN,

                Plaintiff,

v.

DOUG WADDINGTON, et al,

                Defendants.

Case No. 3:14-cv-05047-RJB-TLF

ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

This matter comes before the Court on plaintiff's filing of a motion for leave to file an amended complaint. Dkt. 64. In his motion, plaintiff states that since the filing of his original complaint, he has discovered evidence that will further substantiate his claims and would like to add that evidence to his case. *Id.*

As defendants point out in their opposition to the motion, plaintiff has not attached a copy of his proposed amended complaint as required by Local Rule LCR 15. For this reason, the Court is denying plaintiff's motion, but will give plaintiff to re-file his motion in accordance with LCR 15. Plaintiff should be aware that should he choose to re-file, in addition to "attach[ing] a copy of the proposed amended pleading as an exhibit to" the motion, he "must indicate on the proposed amended [complaint] how it differs from [his original complaint] by bracketing or striking through the text to be deleted and underlining or highlighting the text to be added." *Id.* Further, "[t]he proposed amended pleading must not incorporate by reference any part of the preceding pleading, including exhibits." *Id.*

ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE
TO FILE AN AMENDED COMPLAINT - 1

Accordingly, if plaintiff still wishes to amend his original complaint he must by **no later than January 19, 2018**, (1) file a motion for leave to amend his original complaint, (2) attach a copy of his proposed amended complaint, indicating on the proposed amended complaint how it differs from the original complaint by bracketing or striking through the text to be deleted and underlining or highlighting the text to be added, and (3) not incorporate by reference any part of his original complaint, including exhibits attached to the original complaint.

Dated this 21st day of December, 2017.

*Theresa L. Fricke*

Theresa L. Fricke
United States Magistrate Judge